# EXHIBIT 1

**Exhibit 1**

## Case Information

CC-23-06434-D | ETHEL OJONG LACHE vs.KROGER TEXAS L.P.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CC-23-06434-D | County Court at Law No. 4 | JONES, DIANNE |
| File Date | Case Type | Case Status |
| 09/28/2023 | DAMAGES (NON COLLISION) | OPEN |

## Party

PLAINTIFF
LACHE, ETHEL OJONG

Active Attorneys ▾
Lead Attorney
MANDAVIA, HAZIM
Retained

DEFENDANT
KROGER TEXAS L.P.

Active Attorneys ▾
Lead Attorney
BRISCOE, BRYAN KYLE
Retained

## Events and Hearings

09/28/2023 NEW CASE FILED (OCA)

09/28/2023 ORIGINAL PETITION ▾

PLAINTIFF S ORIGINAL PETITION

09/28/2023 ISSUE CITATION ▾

CITATION 2012

Comment
ESERVE# 80256201

10/04/2023 JURY DEMAND

10/04/2023 CITATION (SERVICE)▾

Served
10/06/20233:17 PM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
10/18/2023 3:40 PM
Comment
KROGER TEXAS L.P.

10/17/2023 RETURNED MAIL ▾

Comment
HAZIM MANDAVIA

10/18/2023 RETURN OF SERVICE ▾

RETURN OF SERVICE- KROGER TEXAS, L.P.

Comment
RETURN OF SERVICE- KROGER TEXAS, L.P.

10/24/2023 ORIGINAL ANSWER - GENERAL DENIAL ▾

DEFENDANT S ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

Comment
DEFENDANT S ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

12/04/2023 ORDER - MEDIATION ▾

ORDER - MEDIATION

RECEIVED 12/04/2023

12/06/2023 NOTICE OF FILING ▼

Comment
PLAINTIFF S NOTICE OF FILING AFFIDAVITS

06/05/2024 JURY TRIAL ▼

CCL#4 TR/REV/JURY

CCL#4 TR/REV/JURY

CCL#4 TR/REV/JURY

Judicial Officer
JONES, DIANNE

Hearing Time
9:00 AM

## Financial

No financial information exists for this case.

## Documents

PLAINTIFF S ORIGINAL PETITION

3 CCL#4 Y LETTER

CITATION 2012

RETURN OF SERVICE- KROGER TEXAS, L.P.

DEFENDANT S ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

CCL#4 TR/REV/JURY

CCL#4 TR/REV/JURY

ORDER - MEDIATION

EXHIBIT 2

Exhibit 2

Electronically Served
10/4/2023 3:31 PM

# THE STATE OF TEXAS
# CITATION

CAUSE NO. CC-23-06434-D
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

TO:

**KROGER TEXAS L.P.**
**REGISTERED AGENT: CORPORATION SERVICE COMPANY D/B/A**
**CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET, SUITE 620**
**AUSTIN, TX 78701**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION. DEMAND FOR JURY TRIAL, AND RULE 193.7 NOTICE, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**ETHEL OJONG LACHE**
*Plaintiff(s)*

**VS.**

**KROGER TEXAS L.P.**
*Defendant(s)*

Filed in said Court on the 28th day of September, 2023, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 4th day of October, 2023 A.D.

JOHN F. WARREN, Dallas County Clerk

By _____, Deputy
Momodou Bayo

CTH: 10/6/23
at 1:29 pm

---

| ATTORNEY |
| --- |
| **CITATION** |
| **PLAINTIFF'S ORIGINAL PETITION.** |
| **DEMAND FOR JURY TRIAL, AND** |
| **RULE 193.7 NOTICE** |

## CC-23-06434-D

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

ETHEL OJONG LACHE, *Plaintiff(s)*

**VS.**

KROGER TEXAS L.P., *Defendant(s)*

**SERVE:**
**KROGER TEXAS L.P.**
**REGISTERED AGENT:**
**CORPORATION SERVICE COMPANY**
**D/B/A  CSC-LAWYERS**
**INCORPORATING SERVICE**
**COMPANY**
**211 E. 7TH STREET, SUITE 620**
**AUSTIN, TX 78701**

**ISSUED THIS**
**4TH DAY OF OCTOBER, 2023**

JOHN F. WARREN, COUNTY CLERK
BY: MOMODOU BAYO, DEPUTY

Attorney for Plaintiff

HAZIM MANDAVIA
AMS LAW GROUP, PLLC
811 S. CENTRAL EXPWY, SUITE 120
RICHARDSON, TEXAS 75080
888-960-8363

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

DELIVERED: 10/6/23
By: 

FILED
9/26/2023 7:23 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CC-23-06434-D

CAUSE NO. _____

| | | |
|---|---|---|
| ETHEL OJONG LACHE | § | IN THE COUNTY COURT |
| Plaintiff | § | |
| | § | |
| VS | § | AT LAW NO. |
| | § | |
| | § | |
| | § | |
| KROGER TEXAS L.P. | § | DALLAS COUNTY, TEXAS |
| Defendant | § | |

### PLAINTIFF'S ORIGINAL PETITION. DEMAND FOR JURY TRIAL, AND RULE 193.7 NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ETHEL OJONG LACHE, hereinafter "Plaintiff", complaining of and about KROGER TEXAS L.P. hereinafter "Defendant," and for cause of action show unto the Court the following:

### DISCOVERY CONTROL PLAN

1.      Pursuant to Rule 190.2 of the Texas Rules of Civil Procedure, Plaintiff's causes of action herein involve less than $75,000.00, therefore, discovery is to be conducted under Discovery Level 1.

### PARTIES AND SERVICE

2.      Plaintiff ETHEL OJONG LACHE is an individual and resident of the State of Texas whose address for service is 811 S. Central Expressway, Suite 600, Richardson, Texas 75080. The last three digits of Plaintiff's social security number are 040 and last three digits of Plaintiff's Driver's License are 565.

3.      Defendant KROGER TEXAS L.P., is doing business in the State of Texas and may be served with process by serving its registered, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, at the following address, 211 E. 7th Street, Suite 620 Austin, TX 78701.

### JURISDICTION AND VENUE

4.    The subject matter in controversy is within the jurisdictional limits of this court. Plaintiff seeks monetary relief under $75,000.00. Venue in Dallas County is proper in this case under Section 15.002(a) (1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

5.    On or about October 14, 2021, Plaintiff was a customer at the KROGER TEXAS L.P. Store located at 3612 N Belt Line Rd, Irving, TX 75062 (hereinafter the "premises"). While on the premises, Plaintiff was seriously injured from a fall caused wet floor, Plaintiff's fall occurred as a result of hazardous conditions of the floor due to Defendants' acts and/or omissions, including but not limited to Defendants' failure to keep safe, failure to warn, and/or failure to notify customers of the hazardous condition.

6.    Plaintiff's bodily injuries occurred as a direct result of a fall that was proximately caused by the Defendants as described above, which Defendant knew or, in the exercise of ordinary care, should have known existed.

7.    At all times mentioned herein, Defendant owned and/or leased the property in question.

8.    At all times herein, Defendant has such control over the premises in question that Defendants owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

9.    Defendants, Defendants' agents, servants, and employees negligently permitted the main floor area to be unsafe, negligently or willfully allowed such condition to continue and negligently or willfully failed to warn Plaintiff of the slippery object. This condition existed despite the fact that Defendants or Defendants' agents knew of or should have known of the existence of the aforementioned condition and that there was likelihood of a person being injured as occurred to Plaintiff.

10.    Plaintiff would show the court that the condition of the slippery object in a common walking area at or near the main store entrance area was such that, that had Defendants or Defendants' agents exercised ordinary care in the maintenance of the floor surface area, it would have been noticed and corrected by such persons.

11.    At all times pertinent herein, Defendants and any of Defendants' agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in the following: (a) Failing to properly inspect and maintain the floor in question to discover the dangerous condition; (b) failing to maintain the floor in a reasonably safe condition; (c) failing to give adequate and understandable warnings to Plaintiff of the unsafe condition of the slippery object; and (d) failing to give warnings to Plaintiff of the unsafe condition.

12.    Each and every, all and singular of the forgoing acts and omission, on the part of Defendants, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

13.    Plaintiff's injuries were proximately cause by Defendants' negligent, careless and reckless disregard of said duty.

## DAMAGES FOR PLAINTIFF

14.    Defendants' acts and/or omissions, as described herein above, were the direct and/or proximate cause of Plaintiff's bodily injuries and damages. Specifically, Plaintiff sustained the following damages:

A.  Reasonable medical care and expenses in the past, which were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in DALLAS County, Texas;

B.  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.  Physical pain and suffering in the past;

D.  Physical pain and suffering in the future;

E.  Mental anguish in the past; and

F.  Mental anguish in the future.

G.  Lost wages; and

H.  Loss of earning capacity

## JURY DEMAND

15.    Plaintiff hereby demands trial by jury.

## RULE 193.7 NOTICE TO DEFENDANTS

16.    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff intends to use against Defendants in any legal pretrial proceeding or at trial all documents produced to

Plaintiff in response to written discovery. This notice is given to Defendants within ten (10) days after Defendants have actual notice that all documents produced by Defendants to Plaintiff in this lawsuit will be offered at trial, thereby satisfying the requirement of authentication or identification as a condition precedent to admissibility pursuant to the Rule 901(a) of the Texas Rules of Evidence.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law, post- judgment interest at the legal rate, costs of court, and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

AMS LAW GROUP PLLC

By: /s/ Hazim Mandavia
    Hazim Mandavia
    Texas Bar No. 24096984
    Email: hazim@amslawgrp.com
    811 S. Central Expwy, Suite 600
    Richardson, Texas 75080
    Tel. (888) 960-8363
    Fax. (888) 960-8361
    Attorneys for Plaintiff

Case 3:24-cv-00018-N-BK    Document 1-2    Filed 01/03/24    Page 12 of 93    PageID 20

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Manuela Cardona on behalf of Hazim Mandavia
Bar No. 24096984
mcardona@amslawgrp.com
Envelope ID: 80024548
Filing Code Description: Ody - Original Petition (OCA - New Case Filed)
Filing Description: JURY
Status as of 9/28/2023 3:04 PM CST

Associated Case Party: ETHELOJONGLACHE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren Shipp | | lauren@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |
| Hashem Saad | | Hashem@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |
| Hazim Mandavia | | hazim@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |
| angie jaimes | | angie@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |
| andrea duque | | andrea@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |
| Valeria Carmona | | valeria@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |
| Manuela Cardona | | mcardona@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |
| Sam Almasri | | sam@amslawgrp.com | 9/28/2023 7:23:07 AM | SENT |

EXHIBIT 3

**Exhibit 3**



# COUNTY COURT AT LAW NO. 4
### GEORGE L. ALLEN, SR. COURTS BUILDING
### 600 COMMERCE STREET, 5TH FLOOR
### DALLAS, TEXAS 75202
### 214-653-7345

Chambers of JUDGE DIANNE K. JONES                    **October 02, 2023**

HAZIM MANDAVIA
9330 Lyndon B Johnson Fwy Ste 120
Dallas TX  75243-4357

Cause No.      CC-23-06434-D
Cause Style:   ETHEL OJONG LACHE vs.KROGER TEXAS L.P.

Dear Attorney:

The above case is set for dismissal, pursuant to Rule 165a, Texas Ruled of Civil Procedure on: **02/26/2024 @ 9:00 AM**.

If no answer has been filed, or if the answer filed is insufficient as a matter of law to place any facts alleged in your petition in issue, you will be expected to have moved for, and to have heard , a summary judgment or to have proved up a default order on or prior to that date.

If an answer has been filed that is sufficient to create a fact issue that prevents disposition of the entire case, or if you have been unable to obtain service of process, you should plan to appear to obtain a reset of the dismissal date or a trial setting as appropriate.

In no event will live witnesses be required unless the default prove-up is for an unliquidated claim. Liquidated claims and attorneys fees may be proved up by affidavit submitted with a form of judgment.

If you should have any questions, please feel free to call us.

Very Truly Yours,

_____
DIANNE K. JONES
Judge Presiding

# EXHIBIT 4

**Exhibit 4**

10/4/2023 3:31
FILED
10/18/2023 3:40 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION

CAUSE NO. **CC-23-06434-D**
COUNTY COURT AT LAW NO. 4
Dallas County, Texas

TO:

**KROGER TEXAS L.P.**
**REGISTERED AGENT: CORPORATION SERVICE COMPANY D/B/A**
**CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET, SUITE 620**
**AUSTIN, TX 78701**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION. DEMAND FOR JURY TRIAL, AND RULE 193.7 NOTICE, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 4 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### ETHEL OJONG LACHE
*Plaintiff(s)*

### VS.

### KROGER TEXAS L.P.
*Defendant(s)*

Filed in said Court on the 28th day of September, 2023, a copy of which accompanies this citation.

**WITNESS:** **JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 4th day of October, 2023 A.D.

JOHN F. WARREN, Dallas County Clerk

By _____, Deputy
    Momodou Bayo



---

| ATTORNEY |
|---|

**CITATION**
PLAINTIFF'S ORIGINAL PETITION.
DEMAND FOR JURY TRIAL, AND
RULE 193.7 NOTICE

**CC-23-06434-D**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 4
Dallas County, Texas

ETHEL OJONG LACHE, *Plaintiff(s)*

VS.

KROGER TEXAS L.P., *Defendant(s)*

**SERVE:**
**KROGER TEXAS L.P.**
**REGISTERED AGENT:**
**CORPORATION SERVICE COMPANY**
**D/B/A CSC-LAWYERS**
**INCORPORATING SERVICE**
**COMPANY**
**211 E. 7TH STREET, SUITE 620**
**AUSTIN, TX 78701**

**ISSUED THIS**
**4TH DAY OF OCTOBER, 2023**

JOHN F. WARREN, COUNTY CLERK
BY: MOMODOU BAYO, DEPUTY

Attorney for Plaintiff

HAZIM MANDAVIA
AMS LAW GROUP, PLLC
811 S. CENTRAL EXPWY, SUITE 120
RICHARDSON, TEXAS 75080
888-960-8363

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

IN THE COUNTY COURT AT LAW, NO. 4
DALLAS COUNTY, TEXAS

CAUSE NO: CC-23-06434-D

ETHEL OJONG LACHE
VS
KROGER TEXAS L.P.

# RETURN

Came to my hand:   __10/6/2023__   , at   __01:25__   o'clock   __P.M.__   , the following specified documents:

- **Citation**
- **Plaintiff's Original Petition, Demand for Jury Trial and Rule 193.7 Notice**

and executed by me on:   __10/6/2023__   , at   __8:17__   o'clock   __P.M__   , at

__211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, within the county of TRAVIS__, by delivering to __KROGER TEXAS L.P.__, by delivering to its registered agent, __CORPORATION SERVICE COMPANY dba CSC-LAWYERS INCORPORATING SERVICE COMPANY__, by delivering to __Franzisha Gross__, employee/managing agent, in person, a true copy of the above specified documents having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit, and I declare under penalty of perjury that the foregoing is true and correct.

Authorized Person: __KELLY LAND PSC # 5912__
Expiration Date: __10 / 31 /2024__

STATE OF TEXAS    }

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his/her personal knowledge and experience to be true and correct.  Given under my hand and seal of office on this the __6TH__ day of __OCTOBER    2023__

Dana L. McMichael
ID #4733578
My Commission Expires
April 23, 2024

_____
**Notary Public**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 80734344
Filing Code Description: Ody - Return Of Service
Filing Description: RETURN OF SERVICE- KROGER TEXAS, L.P.
Status as of 10/20/2023 9:42 AM CST

Associated Case Party: ETHELOJONGLACHE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Hazim Mandavia | | hazim@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |
| Sam Almasri | | sam@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |
| Lauren Shipp | | lauren@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |
| Hashem Saad | | Hashem@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |
| Valeria Carmona | | valeria@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |
| Manuela Cardona | | mcardona@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |
| andrea duque | | andrea@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |
| angie jaimes | | angie@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |

Associated Case Party: KROGER TEXAS L.P.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| HAZIM MANDAVIA | | hazim@amslawgrp.com | 10/18/2023 3:40:58 PM | SENT |

# EXHIBIT 5

**Exhibit 5**

FILED
10/24/2023 3:05 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Case 3:24-cv-00018-N-BK    Document 1-2    Filed 01/03/24    Page 20 of 93    PageID 28

CAUSE NO. CC-23-06434-D

| | | |
|---|---|---|
| ETHEL OJONG LACHE, | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO. 4 |
| | § | |
| KROGER TEXAS L.P., | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

Defendant Kroger Texas L.P. files its Original Answer and Special Exceptions to Plaintiff's Original Petition, and in support thereof, would respectfully show the Court as follows:

I.
### GENERAL DENIAL

1.      Defendant denies each and every material allegation contained in Plaintiffs' Original Petition, and all amendments and supplements thereto, demands strict proof thereof, and to the extent that such matters are questions of fact, say Plaintiff should prove such facts by a preponderance of the evidence and/or clear and convincing evidence to a jury, if Plaintiff can so do.

II.
### DEFENSES AND LIMITATIONS ON LIABILITY AND DAMAGES

2.      Defendant denies Plaintiff's claims that it was negligent and further denies that its alleged acts or omissions proximately caused Plaintiff's alleged damages.

3.      Defendant claims that Plaintiff may have failed to use that degree of care and caution as would have been used by a reasonable person under the same or similar circumstances, thereby producing or proximately causing or contributing to cause her injuries

and damages, if any.  Such acts or omissions of Plaintiff, if any, were the sole proximate cause of Plaintiff's damages or injuries, if any.

4.      Defendant claims that Plaintiff's damages or injuries, if any, may have been caused by the acts or omissions of third persons not under the control of Defendant.  If so, such acts or omissions of said third persons, if any, were the sole and/or a producing and/or a proximate cause of Plaintiff's damages or injuries, if any.

5.      Defendant asserts that it had neither actual nor constructive knowledge of the condition about which Plaintiff complains, and further asserts that, in any event, the alleged hazard was not "unreasonably dangerous."

6.      The alleged premises condition of which Plaintiff complains was already appreciated by Plaintiff, was open and obvious, was not concealed, and/or was a commonly or actually known risk and, therefore, Defendant denies that it owed any duty to warn Plaintiff of the alleged premises condition or protect Plaintiff from same. *Austin v. Kroger Texas L.P.*, 465 S.W.3d 193, 203 (Tex. 2015).

7.      In the alternative, Defendant would show that the accident complained of was an unavoidable accident as that term is known in law, not caused by the negligence of any party.

8.      Defendant states that Plaintiff's damages complained of, if any, may have been the result of prior or pre-existing injuries, accidents, or conditions, and said prior or pre-existing injuries, accidents, or conditions were the sole and/or a contributing cause of the Plaintiff's damages alleged against Defendant.

9.     Defendant claims that Plaintiff may be malingering and exaggerating the nature and severity of her injuries in order to continue treatment and/or inflate damages, and, in that event, Defendant contends that said treatment is not medically necessary or reasonable.

10.     Defendant further claims that Plaintiff may have breached her duty to mitigate damages by failing to exercise reasonable care and diligence to avoid loss and minimize the consequences of damages.

11.     Defendant contends that any claims for past and future medical or health care expenses incurred are limited to the customary and usual amounts charged for reasonable and necessary medical care and, as regards past medical expenses, are further limited to the amounts actually paid or incurred by or on behalf of Plaintiff pursuant to Texas Civil Practice and Remedies Code § 41.0105.

12.     Defendant would further show that, pursuant to § 18.091 of the Texas Civil Practice & Remedies Code, to the extent that Plaintiff is seeking a recovery for loss of earnings, lost wages, loss of earning capacity and/or loss of contributions of pecuniary value, evidence of this alleged loss must be presented by the Plaintiff in the form of a net loss after reduction for income tax payments, or unpaid tax liability to any federal income tax law.

13.     In the unlikely event an adverse judgment is rendered against Defendant in this matter, Defendant respectfully prays for contribution, indemnity and/or all available credits as provided for in the Texas Civil Practice and Remedies Code and under Texas law.

14.     Defendant respectfully request that the factfinder allocate responsibility, if any, among all parties, settling parties, and responsible third parties, in accordance with Chapters 32 and 33 of the Texas Civil Practice and Remedies Code.

15.     Any claims for medical or health care expenses incurred are limited to the amount actually paid or incurred by or on behalf of Plaintiff, pursuant to Texas Civil Practice and Remedies Code §41.0105.

16.     Pursuant to Texas Civil Practice & Remedies Code § 18.091, to the extent that Plaintiff is seeking a recovery for loss of earnings, lost wages, loss of earning capacity and/or loss of contributions of pecuniary value, evidence of such alleged losses must be presented by Plaintiff in the form of a net loss after reduction for income tax payments, or unpaid tax liability to any federal income tax law.

### III.
### SPECIAL EXCEPTION

17.     Further answering herein, pursuant to Rules 47, 91, 169 and 190.2 of the Texas Rules of Civil Procedure, Defendant objects and specially excepts to paragraph 16 of Plaintiff's Original Petition, titled "Rule 193.7 Notice to Defendants," which improperly attempts to invoke Rule 193.7 of the Texas Rules of Civil Procedure. Specifically, such paragraph states that "Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff intends to use against Defendants in any legal pretrial proceeding or at trial all documents produced to Plaintiff in response to written discovery. This notice is given to Defendants within ten(10)days after Defendants have actual notice that all documents produced by Defendants to Plaintiff in this lawsuit will be offered at trial, thereby satisfying the requirement of authentication or identification as a condition precedent to admissibility pursuant to Rule 901(a) of the Texas Rules of Evidence." However, Rule 193.7 requires that the party invoking Rule 193.7 provide "actual

notice that ***the document*** ***will*** be used" to the producing party.[1] Furthermore, "the ten-day period allowed for objection to authenticity . . . does not run from the production of the material or information but from the party's ***actual awareness that the document will be used***."[2] Accordingly, it is clear that Rule 193.7 requires more than a mere blanket statement that all documents produced in discovery will be authenticated against the producing party. Such a blanket statement not only fails to satisfy the requirements of Rule 193.7, but it also places an unreasonable burden upon Defendant to review all documents it produces and prophylactically render objections regarding the authenticity of said documents. Therefore, Defendant requests that the Court strike paragraph 16 of Plaintiff's Second Amended Petition.

**IV.**
**COURT REPORTER REQUESTED**

18.    Defendant respectfully demands that a court reporter be present at all proceedings before the Court.

**V.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that the Court grant its Special Exceptions and order Plaintiff to replead with the required specificity or strike paragraph 16of Plaintiff's Original Petition; that Plaintiff take nothing by this cause of action; and that Defendant be permitted to recover the costs expended on its behalf.  Defendant also prays for all other and further relief, both general and special, at law and in equity, to which it shows itself to be justly entitled.

---

[1]    TEX. R. CIV. P. 193.7 (2017) (emphasis added).

[2]    *Id.*, cmt. 7 (emphasis added).

Respectfully submitted,

*/s/ B. Kyle Briscoe*

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Margaret M. Knott**
State Bar No. 15287250
mknott@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)

**ATTORNEYS FOR DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to and in accordance with the Texas Rules of Civil Procedure on October 24, 2023.

*/s/ B. Kyle Briscoe*

B. Kyle Briscoe

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Chris Blanton on behalf of Bryan Briscoe
Bar No. 24069421
cblanton@peavlerbriscoe.com
Envelope ID: 80922093
Filing Code Description: Ody - Original Answer - General Denial
Filing Description: DEFENDANT'S ORIGINAL ANSWER AND SPECIAL EXCEPTIONS
Status as of 10/26/2023 4:28 PM CST

Associated Case Party: ETHELOJONGLACHE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Hazim Mandavia | | hazim@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |
| Sam Almasri | | sam@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |
| Lauren Shipp | | lauren@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |
| Hashem Saad | | Hashem@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |
| Valeria Carmona | | valeria@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |
| Manuela Cardona | | mcardona@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |
| andrea duque | | andrea@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |
| angie jaimes | | angie@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |

Associated Case Party: KROGER TEXAS L.P.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| HAZIM MANDAVIA | | hazim@amslawgrp.com | 10/24/2023 3:05:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle Briscoe | | kbriscoe@peavlerbriscoe.com | 10/24/2023 3:05:49 PM | SENT |
| Margaret M. Knott | | mknott@peavlerbriscoe.com | 10/24/2023 3:05:49 PM | SENT |
| Jennifer Renfro | | jrenfro@peavlerbriscoe.com | 10/24/2023 3:05:49 PM | SENT |
| Tracy Lopez | | tlopez@peavlerbriscoe.com | 10/24/2023 3:05:49 PM | SENT |

# EXHIBIT 6

**Exhibit 6**



**JUDGE DIANNE K. JONES**
**COUNTY COURT AT LAW NO. 4**
**GEORGE L. ALLEN SR. COURTS BUILDING**
**600 COMMERCE, 5TH FLOOR**
**DALLAS, TEXAS 75202**
**(214) 653-7345**

DECEMBER 04, 2023

HAZIM MANDAVIA
ALMASRI & MARZWANIAN LAW GROUP PLLC
811 S CENTRAL EXPWY STE 600
RICHARDSON TX 75080

_____

**NOTICE OF TRIAL SETTING**
_____

Cause No.:          CC-23-06434-D

Style of Case:      ETHEL OJONG LACHE vs.KROGER TEXAS L.P.

Jury Trial:         **June 05, 2024 @   9:00 AM**

Trial announcements of "Ready" or "Not Ready" must be made in accordance with LOCAL RULE 3.02. A copy of the DALLAS COUNTY LOCAL RULES can be obtained from the Clerk's office or on the web at www.dallascounty.com/rules/localrules.pdf. The parties are instructed to contact the Court Administrator Cathy Moran with their announcements.

Pursuant to LOCAL RULE 3.02, when no announcement is made for plaintiff, the case may be dismissed for want of prosecution. If no announcement is made by the defendant, the court will presume that defendant is "Ready" for trial. Please see the court's website at dallascounty.org/County Court at Law No. 4 for the trial docket and the Court's Policies and Procedures. **WARNING**: Failure to appear for trial may result in the case being dismissed or a default judgment being entered. The parties are further instructed to cross-serve this notice on all adverse parties in compliance with TEX. RULE OF CIV. PROC. 21a.

Thank you for your attention to this matter.

Sincerely,

JUDGE DIANNE K. JONES
Judge Presiding



COUNTY COURT AT LAW NO. 4
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET, 5th FLOOR
DALLAS, TEXAS  75202
214-653-7345

December 04, 2023

HAZIM MANDAVIA
ALMASRI & MARZWANIAN LAW GROUP PLLC
811 S CENTRAL EXPWY STE 600
RICHARDSON TX  75080

Cause No. CC-23-06434-D
ETHEL OJONG LACHE
vs.KROGER TEXAS L.P.

Please be advised that this case is ordered to mediation.  See Mediation Order enclosed.

Very truly yours,

Dianne K. Jones

Presiding Judge

HAZIM MANDAVIA
ALMASRI & MARZWANIAN LAW GROUP PLLC
811 S. CENTRAL EXPWY, STE 600
RICHARDSON, TX  75080
BRYAN KYLE BRISCOE
2215 WESTGATE PLAZA
GRAPEVINE, TX  76051
WOODROW MICHAEL BONESIO
P.O. BOX 62
ROCKWALL, TX  75087-0062

**MEDIATOR:  WOODROW MICHAEL BONESIO @  Home: 214-341-4919, Work: 214-676-4526, Cell: 214-676-4526, Fax: 214-279-5527**

# EXHIBIT 7

**Exhibit 7**

CC-23-06434-D

| | | |
|---|---|---|
| | § | IN THE COUNTY COURT |
| ETHEL OJONG LACHE | § | |
| vs. | § | AT LAW NO. 4 |
| KROGER TEXAS L.P. | § | |
| | § | DALLAS COUNTY, TEXAS |

## MEDIATION ORDER

This case is appropriate for mediation pursuant to Section 154.001 et seq. of the Texas Civil Practice and Remedies Code. **WOODROW MICHAEL BONESIO @ Work: 214-676-4526** is appointed mediator in the above case and all counsel are directed to contact mediator to arrange the logistics of mediation within 60 days from the date of this Order. **Should the parties agree upon their own Mediator, they must file a motion to substitute within 60 days of this ORDER. Motions to substitute the appointed Mediator filed after 60 days will ONLY be granted in extenuating circumstance.**

Mediation is a mandatory but non-binding settlement conference, conducted with the assistance of the mediator. Mediation is private, confidential and privileged from process and discovery. After mediation, the court will be advised by the mediator, parties and counsel, only that the case did or did not settle. The mediator shall not be a witness, nor may the mediator's records be subpoenaed or used as evidence. No subpoenas, citations, writs, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving or attending any mediation session.

The mediator will negotiate a reasonable fee with the parties which shall be divided and borne equally by the parties unless agreed otherwise, paid by the parties directly to the mediator, and taxed as costs. If the parties do not agree upon the fee requested by the mediator, the court will set a reasonable fee, which shall be taxed as costs. Each party and their counsel will be bound by the rules for mediation printed on the reverse hereof and shall complete the information forms as are furnished by the mediator.

Named parties and/or their legal representatives or claims adjustors who have settlement authority shall be present during the entire mediation process. Counsel, the parties and the mediator shall agree upon a mediation date within 90 days from the date of this order. If no date can be agreed upon within the 90-day period, the mediator shall select a date for the mediation and all parties shall appear as directed by the mediator.

The date scheduled by the mediator is incorporated in this Order as the date upon which the mediation shall occur. In any event, the mediation shall be conducted no later than **05/05/2024**

Failure or refusal to attend the mediation as scheduled may result in the imposition of sanctions, as permitted by law, which may include dismissal or default judgment. Failure to mediate will not be considered cause for continuance of the trial date. Referral to mediation is neither a substitute for nor a cause for delay of trial, and the case will be tried if not settled.

A report regarding the outcome of the mediation session is to be mailed by the mediator to the court, with a copy to the ADR Coordinator, immediately after the mediation session.

Signed 12/4/2023



_____
JUDGE PRESIDING

cc:  Counsel of Record
     Mediator

CC-23-06434-D
CME
ORDER - MEDIATION
2787095

# EXHIBIT 8

**Exhibit 8**

CAUSE NO. CC-23-06434-D

| | | |
|---|---|---|
| **ETHEL OJONG LACHE** | § | **IN THE COUNTY COURT** |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **AT LAW No. 4** |
| | § | |
| **KROGER TEXAS L.P.** | § | |
| **DEFENDANT.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |

### PLAINTIFF'S ETHEL OJONG LACHE RESPONSES TO DEFENDANT'S KROGER TEXAS L.P. REQUIRED DISCLOSURES

TO:  Defendant Kroger Texas L.P., by and through her attorney of record, B. Kyle Briscoe, Peavler|Briscoe, 2215 Westgate Plaza, Grapevine, Texas, 76051.

Pursuant to the Texas Rules of Civil Procedure, Plaintiff hereby serves the following Responses to Defendant's Disclosures.

Respectfully submitted,

AMS LAW GROUP PLLC

By: /s/ Hazim Mandavia
    Hazim Mandavia
    Texas Bar No. 24096984
    Email: hazim@amslawgrp.com
    811 S. Central Expwy, Suite 600
    Richardson, Texas 75080
    Tel. (888) 960-8363
    Fax. (888) 960-8361
    Attorneys for Plaintiff

---

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record in accordance with the Texas Rules of Civil Procedure on this 5th day of December 2023.

<u>Hazim Mandavia</u>
Hazim Mandavia

## REQUESTS FOR DISCLOSURE

**REQUEST FOR DISCLOSURE R.194.2 (b) (1).:** State the correct names of the parties to the lawsuit.

**RESPONSE:** Parties are correctly named in above style.

**REQUEST FOR DISCLOSURE R.194.2 (b) (2).:** State the name, address, and telephone number of any potential parties.

**RESPONSE:** Plaintiff is not aware of any potential parties at this time.

**REQUEST FOR DISCLOSURE R.194.2 (b) (3).:** State the legal theories and, in general, the factual bases for your claims or defenses.

**RESPONSE:** On or about October 14, 2021, Plaintiff was a customer at the KROGER TEXAS L.P. Store located at 3612 N Belt Line Rd, Irving, TX 75062 (hereinafter the "premises"). While on the premises, Plaintiff was seriously injured from a fall caused wet floor, Plaintiff's fall occurred as a result of hazardous conditions of the floor due to Defendants' acts and/or omissions, including but not limited to Defendants' failure to keep safe, failure to warn, and/or failure to notify customers of the hazardous condition.
Plaintiff's bodily injuries occurred as a direct result of a fall that was proximately caused by the Defendants as described above, which Defendant knew or, in the exercise of ordinary care, should have known existed.

**REQUEST FOR DISCLOSURE R.194.2 (b) (4).:** Please provide the computation of each category of damages claimed by the responding party—who must also make available for inspection and copying the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

Please see Plaintiff's pleadings in this lawsuit and documents produced by Plaintiff.

Reasonable medical care and expenses in the past:

### ETHEL OJONG LACHE: MEDICAL EXPENSES

| | |
|---|---|
| Medical City Las Colinas DOS (10/12/2021) | $    3,181.22 |
| Physician: | $ Will Supplement |
| Radiology: | $ Will Supplement |

| | | |
|---|---|---|
| EMS DOS (10/13/2021) | $ | Will Supplement |
| Medical City Arlington DOS (10/13/2021) | $ | 3,070.96 |
| Questcare Medical Services, PLLC | $ | 1,564.00 |
| Texas Radiology Associates | $ | 183.00 |
| **Total Medical Expenses** | **$** | **7,999.18** |

Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future: $35,000.00

Physical pain and suffering in the past: $35,000.00

Physical pain and suffering in the future: $35,000.00

Mental anguish in the past: $35,000.00

Mental anguish in the future: $35,000.00

**REQUEST FOR DISCLOSURE R.194.2 (b) (5).:** State the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case.

**RESPONSE:**

Ethel Ojong Lache
c/o Sam Almasri
AMS LAW GROUP, PLLC
811 S. Central Expy Ste 600
Richardson, TX 75080
(888) 960-8363
*Plaintiff*

Kroger Texas L.P.
c/o B. Kyle Briscoe
Peavler | Briscoe
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550
*Defendant*

Nathan J. D.O.
Medical City Las Colinas
6800 North Macarthur Boulevard
Irving, Texas 75039

1-866-656-9756
*Plaintiff's treating healthcare provider*

Jeremy A. Rowell, M.D.
Medical City Arlington
3301 Matlock Road
Arlington, Texas 76015
(682) 509-6200
*Plaintiff's treating healthcare provider*

Jeremy A. Rowell, M.D.
Questcare Medical Services, PLLC
P.O. Box 99082
Las Vegas, Nevada 89193
(817) 468-1818
*Plaintiff's treating healthcare provider*

Texas Radiology Associates, LLP
P.O. Box 3368
Indianapolis, Indiana 46206
(972) 474-8974
*Plaintiff's treating healthcare provider*


All persons deposed by any party to this lawsuit and/or all persons identified by any deponent and/or identified in any deposition taken by any party to this lawsuit.

All persons identified by any party to this lawsuit in written discovery and/or all persons identified in any document produced by any party to this lawsuit.

All persons identified by Defendant and/or any other party to this lawsuit in their Response(s) to Request for Disclosure 194.2(d) of the Texas Rules of Civil Procedure and/or any person identified by any other party to this lawsuit as having knowledge of relevant facts.

All persons identified as experts by Defendant and/or any other party to this lawsuit in their Expert Designation(s) and/or their Response(s) to Request for Disclosure 194.2(f) of the Texas Rules of Civil Procedure


**REQUEST FOR DISCLOSURE R.194.2 (b) (6).:** Produce a copy-or a description by category and location-of all documents, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment;

**RESPONSE:**

Items responsive to this request have been provided with this response and will be provided with responses to other discovery served by the requesting party or in accordance with the local rules or any scheduling order in this case. Further, documents responsive to this request may be served with any affidavits filed according to CRPC 18.001, any designation of experts filed by the responding party and any exhibits to depositions taken in this case.

Please see responsive documents produced by Plaintiff and any supplements thereto.

- Medical Records
- Itemized Billing Statements/Billing Records
- Radiology Studies (Films and Images) and Reports
- Other: pictures

**REQUEST FOR DISCLOSURE R.194.2 (b) (7).:** Produce any indemnity and insuring agreements as described in Rule 192.3(f).

**RESPONSE:** None.

**REQUEST FOR DISCLOSURE R.194.2 (b) (8).:** Produce any settlement agreements as described in Rule 192.3(g).

**RESPONSE:** None.

**REQUEST FOR DISCLOSURE R.194.2 (b) (9).:** Produce any witness statements as described in Rule 192.3(h).

**RESPONSE:** None.

**REQUEST FOR DISCLOSURE R.194.2 (b)(10).:** If this is a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, produce all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills.

**RESPONSE:** Please see responsive documents produced by Plaintiff and any supplements thereto.

**REQUEST FOR DISCLOSURE 194.2 (b) (11).:** Produce the name, address, and telephone number of any person who may be designated as a responsible third party.

**RESPONSE:** None known at this time.

**REQUEST FOR DISCLOSURE R.194.3, R.195.:**  For any testifying expert, state:

1. the expert's name, address, and telephone number;

2. the subject matter on which the expert will testify;

3. the general substance of the expert's mental impressions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to your control, documents reflecting such information;

4. if the expert is retained by, employed by, or otherwise subject to your control:

   A. produce all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and
   B. produce the expert's current resume and bibliography.
   C. the expert's qualifications, including a list of all publications authored in the previous 10 years;
   D. except when the expert is the responding party's attorney and is testifying to attorney fees, a list of all other cases in which, during the previous four years, the expert testified as an expert at trial or by deposition; and
   E. a statement of the compensation to be paid for the expert's study and testimony in the case.

**RESPONSE:**

**NON-RETAINED**

The following persons and entities are Plaintiff's healthcare providers and/or persons associated with said healthcare providers who were either directly or indirectly involved in Plaintiff's care or have specialized knowledge regarding his care.  These experts have not been retained by, employed by, or otherwise subject to Plaintiff's control.  It is anticipated these providers will testify either live or by way of affidavit regarding their respective care and treatment of Plaintiff and the reasonableness and necessity of their respective care and treatment of Plaintiff and the reasonableness and necessity of their respective bills and treatment provided.  The general substance of their mental impressions and opinions are contained in their respective medical and billing records produced by Plaintiff and/or filed in this lawsuit and all of which are incorporated by reference as if fully set forth herein. The custodians of records will testify by affidavit regarding the admissibility, reasonableness and necessity of the medical and billing records pertaining to the medical treatment of Plaintiff.  The medical experts may testify regarding the following: (a) Plaintiff's diagnosis and prognosis; the pain and injuries suffered by Plaintiff; (c) the reasonableness and necessity or Plaintiff's medical treatment and the charges for such treatment;

(d) the causal connection between the motor vehicle collision made the basis of this lawsuit and Plaintiff's injuries and damages; (e) Plaintiff's past, present and future impairment, pain and ability to work and perform daily life activities; and (f) Plaintiff's future medical treatment and prognosis. These experts may testify based upon their examination and treatment of Plaintiff, their review of records related to the examination and treatment of Plaintiff by other healthcare providers, and their knowledge, skill and training related to the diagnosis, prognosis and/or treatment of injuries similar to those sustained by Plaintiff and related medical issues associated therewith. Many of the opinions held by these experts are contained in the medical records and bills related to Plaintiff's treatment, all of which have been produced or otherwise provided by Plaintiff and are incorporated by reference as if fully set forth herein.

Nathan J. D.O.
*Employees, Agents, and/or Staff to include the Custodian(s) of Medical and/or Billing Records of*
Medical City Las Colinas
6800 North Macarthur Boulevard
Irving, Texas 75039
1-866-656-9756
*Will testify as to the reasonableness and necessity of Plaintiff's healthcare treatment and the medical bills related thereto*

Jeremy A. Rowell, M.D.
*Employees, Agents, and/or Staff to include the Custodian(s) of Medical and/or Billing Records of*
Medical City Arlington
3301 Matlock Road
Arlington, Texas 76015
(682) 509-6200
*Will testify as to the reasonableness and necessity of Plaintiff's healthcare treatment and the medical bills related thereto*

Jeremy A. Rowell, M.D.
*Employees, Agents, and/or Staff to include the Custodian(s) of Medical and/or Billing Records of*
Questcare Medical Services, PLLC
P.O. Box 99082
Las Vegas, Nevada 89193
(817) 468-1818
*Will testify as to the reasonableness and necessity of Plaintiff's healthcare treatment and the medical bills related thereto*

*Employees, Agents, and/or Staff to include the Custodian(s) of Medical and/or Billing Records of*
Texas Radiology Associates, LLP
P.O. Box 3368
Indianapolis, Indiana 46206

(972) 474-8974
*Will testify as to the reasonableness and necessity of Plaintiff's healthcare treatment and the medical bills related thereto*

Plaintiff cross-designates any expert identified by any other party to this lawsuit.

# EXHIBIT 9

**Exhibit 9**

CAUSE No. CC-23-06434-D

| | | |
|---|---|---|
| ETHEL OJONG LACHE | § | IN THE COUNTY COURT |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | AT LAW NO. 4 |
| | § | |
| KROGER TEXAS L.P, | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## **PLAINTIFF'S NOTICE OF FILING AFFIDAVITS**

Please take notice that pursuant to Rules 803(6) and 902(10) of the Texas Rules of Evidence, and pursuant to §18.001 of the Texas Civil Practice and Remedies Code, Plaintiffs file the following affidavits:

(1) Billing Records Affidavit by the custodian of records for Questcare Medical Services, to include the itemized billing records attached thereto;

(2) Billing Records Affidavit by the custodian of records for Texas Radiology Associates LLP, to include the itemized billing records attached thereto;

(3) Billing Records Affidavit by the custodian of records for Medical City Arlington, to include the itemized billing records attached thereto;

(4) Medical Records Affidavit by the custodian of records Medical City Arlington;

The above-listed affidavits, including all records associated thereto, have been served on all counsel and/or parties of record.

Respectfully submitted,

AMS LAW GROUP PLLC

By: /s/ Hazim Mandavia
      Hazim Mandavia
      Texas Bar No. 24096984
      Email: hazim@amslawgrp.com
      811 S. Central Expwy, Suite 600
      Richardson, Texas 75080
      Tel. (214) 227-2777
      Fax. (214) 227-2271
      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record in accordance with the Texas Rules of Civil Procedure on this 6th day of December, 2023.

/s/ Hazim Mandavia
Hazim Mandavia

DocuSign Envelope ID: 5564C55F-C1AC-4BA6-8A79-8966920B5914

Cause No. _____

| | | |
|---|---|---|
| ETHEL LACHEL,<br>PLAINTIFF. | §<br>§ | IN THE DISTRICT COURT |
| | § | |
| v. | §<br>§ | _____ JUDICIAL COURT |
| | § | |
| KROGER,<br>DEFENDANT. | §<br>§ | _____ COUNTY, TEXAS |

### AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
### QUESTCARE MEDICAL SERVICES, PLLC

BEFORE ME, the undersigned authority, on this day personally appeared Johanna Melendez _____, who, after being by me first duly sworn, on oath deposed and said:

My name is Johanna Melendez _____. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein. I am the custodian of billing records for **QUESTCARE MEDICAL SERVICES, PLLC**. Attached to this affidavit are pages of billing records for the service that this facility provided **ETHEL LACHEL** from 10/13/2021 to 10/13/2021 . These attached records are exact copies of the originals. Regarding these records, I state the following:

(1)   It is in the regular course of business to keep these records.
(2)   It is in the regular course of business for an employee, representative, or doctor with personal knowledge of the act, event, condition, opinion, or diagnosis recorded to make the memorandum(s) or record(s) or to transmit information thereof to be included in such memorandum(s) or record(s).
(3)   The entries in the records are made at or near the time of the act, event, or condition described by the records or reasonably soon thereafter.
(4)   It is our policy not to release the originals of the records but to make exact duplicates thereof, which the attached pages represent.
(5)   The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.
(6)   The total amount paid for the services was $ 0 and the amount currently unpaid but which **QUESTCARE MEDICAL SERVICES, PLLC** has a right to be paid after any adjustments or credits is $ 1.564 .
(7)   The record(s) attached hereto are the original(s) or exact copies of the original(s) and nothing has been removed or deleted from the original file before making these copies.

*Johanna Melendez*
A960B599725548F
Signature of Affiant

SUBSCRIBED AND SWORN to before me, the undersigned authority, on this 31st day of May , 2023.

| |
|---|
| Commonwealth of Pennsylvania - Notary Seal<br>Saranny Granger, Notary Public<br>Montgomery County<br>Commission Number 1327964<br>My Commission Expires Feb. 12, 2026 |

*Saranny Granger*
823C7DX0QC654D5
Notary Public, State of Pennsylvania

QUESTCARE MEDICAL SVCS, PLLC
PO BOX 99082
LAS VEGAS, NV 89193-9082

**STATEMENT OF ACCOUNT**

Statement Date: 04/08/23

**TAX ID#** 75-2684562
170504-0100977536384-01
#BWNJFDB
#00000QED60971953#
ETHEL O LACHE
901 RED BED DR
IRVING, TX 75062

| Account Number: | QED100977536384 |
|---|---|
| Patient Name: | ETHEL O LACHE |

**Amount You Owe:**    **$1,564.00**

**Services provided at:**

**MEDICAL CITY ARLINGTON - 3301 MATLOCK ROAD - ARLINGTON TX 76015-2908**

| Date of Service | CPT Code | Description | Provider | Charges | Payments or Adjustments | Explanation | Amount You Owe |
|---|---|---|---|---|---|---|---|
| 10/13/2021 | 99285 | EMERG INJURY EVAL & MGMT-LVL 5 | DR. ROWELL | $1,516.00 | $0.00 | | $1,516.00 |
| 10/13/2021 | 94760 | NON-INVASIVE PULSE OXIMETRY | DR. ROWELL | $48.00 | $0.00 | | $48.00 |

| Total Charges: | $1,564.00 |
|---|---|
| Current Patient Responsibility: | $1,564.00 |

**Insurance Information:**
Insurance 1: HRI Subrogation - HRI SUBROGATION

Cause No. _____

| | | |
|---|---|---|
| **ETHEL LACHEL,** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF.** | § | |
| | § | |
| **v.** | § | **_____ JUDICIAL COURT** |
| | § | |
| | § | |
| **KROGER,** | § | **_____COUNTY, TEXAS** |
| **DEFENDANT.** | § | |

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## TEXAS RADIOLOGY ASSOCIATES, LLP

BEFORE ME, the undersigned authority, on this day personally appeared
Amy Glatz_____, who, after being by me first duly sworn, on oath deposed and said:

My name is Amy Glatz_____. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein. I am the custodian of billing records for **TEXAS RADIOLOGY ASSOCIATES, LLP**. Attached to this affidavit are pages of billing records for the service that this facility provided **ETHEL LACHEL** from 10/13/2021_____ to 10/13/2021_____. These attached records are exact copies of the originals. Regarding these records, I state the following:

(1)  It is in the regular course of business to keep these records.
(2)  It is in the regular course of business for an employee, representative, or doctor with personal knowledge of the act, event, condition, opinion, or diagnosis recorded to make the memorandum(s) or record(s) or to transmit information thereof to be included in such memorandum(s) or record(s).
(3)  The entries in the records are made at or near the time of the act, event, or condition described by the records or reasonably soon thereafter.
(4)  It is our policy not to release the originals of the records but to make exact duplicates thereof, which the attached pages represent.
(5)  The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.
(6)  The total amount paid for the services was $ 0.00_____ and the amount currently unpaid but which **TEXAS RADIOLOGY ASSOCIATES, LLP** has a right to be paid after any adjustments or credits is $ 183.00_____.
(7)  The record(s) attached hereto are the original(s) or exact copies of the original(s) and nothing has been removed or deleted from the original file before making these copies.

_____
Signature of Affiant

SUBSCRIBED AND SWORN to before me, the undersigned authority, on this 17th___ day of April_____, 2023.

_____
Notary Public, State of Texas_____



BRIDGET SHAY HAYNES
Notary Public, State of Texas
Comm. Expires 04-11-2025
Notary ID 131083085



**MRN**

**I001131529**

| **STATEMENT DATE** | **PATIENT INFORMATION** |
|---|---|
| 04/17/2023 | **LACHE, ETHEL** |
| | 901 RED BED DR, IRVING, TEXAS 75052 |

 # Services Provided by Your Physician

| ACCOUNT NUMBER | CPT | DESCRIPTION | DATE OF SERVICE | CHARGES | INS. PAID | ADJUSTED | PATIENT PAID | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | 73610 | X-RAY EXAM OF ANKLE | 10/13/2021 | $183.00 | $0.00 | $0.00 | $0.00 | $183.00 |

Visit our **Patient Portal** for payment plans and discount options.

**TOTAL AMOUNT YOU OWE**

# $183.00

Thank you for choosing our services.

 Visit our **Patient Portal** to manage your account!

 **https://tra.mypatientfolio.com/**

**SCAN TO ACCESS AND PAY**



 View your account and pay your bill

 Select discounts and payment options

 Update your insurance

**Pay by Phone**
 972-474-8974

**Remit Address**
PO Box 3368
Indianapolis, IN 46206-3368
Tax ID: 751459885



**PAGE 1 of 1**

STATE OF TEXAS                                    §
                                                 §
COUNTY OF BEXAR                                   §

## AFFIDAVIT OF RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared **SHELLY SHAUT**, who, being by me duly sworn, deposed as follows:

My name is **SHELLY SHAUT**.  I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **MEDICAL CITY ARLINGTON** ("Hospital"). Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Hospital provided to **ETHEL LACHE** on **10/13/2021 TO 10/13/2021.** The attached records are a part of this affidavit.

The attached records are kept by Hospital in the regular course of business, and it was the regular course of business of Hospital for an employee or representative of Hospital, with knowledge of the service provided, to make the record or to transmit information to be included in the record.  The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided.  The records are the original or a duplicate of the original.

Pursuant to Texas Civil Practice & Remedies Code § 18.002(b-1), the services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was **$0.00** and the amount currently unpaid but which Hospital has a right to be paid after any adjustments or credits is **$0.00.**

** The amount paid and the amount the Hospital has a right to be paid may change pending potential payment from the patient's health insurance.

_Shelly Shaut_
Affiant

SWORN TO AND SUBSCRIBED before me on this 25th____ day of _____APRIL_____, 2023.

My commission expires:

10-14-2023
_____

Notary Public, State of Texas

Printed Name _FRANCISCA CASTILLO___



FRANCISCA CASTILLO
Notary Public, State of Texas
Comm. Expires 10-14-2023
Notary ID 132208412

```
PATIENT NO:         977536384   MED CITY ARLINGTON      BILLING DATE   PAGE   1    00015
```
```
GUARANTOR NO:
PATIENT:                        ARLINGTON               TX 760152998    ADMITTED    DISCHARGED
LACHE ETHEL OJONG                                                       10/13/21    10/13/21

PAY TO ADDRESS:     MED CITY ARLINGTON
                    P O BOX 406297
                    ATLANTA
                    GA 303846297

BILL TO:
    LACHE ETHEL OJONG                    EMERGENCY                 FC=15
    C/O AMS LAW GROUP                    ADMIT THRU DISCHARGE REPRINT
    811 S CENTRAL EXPRESSWAY
    RICHARDSON      TX     75080

DATE OF  BATCH     F       NDC/CPT-4/
SERVICE  REF   DEPT S PROC  HCPCS          QTY SERVICE DESCRIPTION     CHARGES

    320-RAD DX-GENERAL
101321 13B039  0728   177788   73610LT        1 XR ANKLE 3 + V LT      1089.77
                                                SUBTOTAL:              1089.77
    450-EMERGENCY ROOM
101321 15B301  0780   108655   99283          1 LVL 3 EMER DEPT        1981.19
                                                SUBTOTAL:              1981.19

                                       TOTAL ANCILLARY CHARGES         3070.96

DATE OF  BATCH  PAY          INS    BILL
PAYMENT  REFER  TYPE PROC    PLAN   THRU DT  DESCRIPTION / COMMENT     AMOUNT

10/13/21 23FBIL  5    999999  099-40 10/13/21 CONTRACTUAL ADJ CC       2,807.78
10/13/21 14LREV  5    999999  099-40 10/13/21 CONTRACTUAL ADJ CC       2,807.78-
10/13/21 15FBIL  5    999999  099-60 10/13/21 CONTRACTUAL ADJ CC       3,070.96
                                              TOTAL PAYMENTS           3,070.96

                                              TOTAL CHARGES            3070.96

                                                   PAYMENTS               .00

                                                ADJUSTMENTS            3070.96

                                                   BALANCE               .00




PAY ACCT @ WWW.MEDICALCITYARLINGTON.COM/BILLPAY
BENEFITS ASSIGNED - TAX ID# 62-1682201
```

| | | | | |
|---|---|---|---|---|
| 1 MED CITY ARLINGTON | 2 MED CITY ARLINGTON | 3a PAT CNTL# 977536384 | | 4 TYPE OF BILL |
| 3301 MA... | ...01212 | b MED REC# | | 0131 |
| ARLINGTON     TX 760152998 | ATLANTA        GA 30384 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | 7 |
| 8666568781 | | 62-1682201 | FROM 101321 THROUGH 101321 | |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | a 901 RED BED DR | | | c TX | d 75062 | e |
|---|---|---|---|---|---|---|---|---|
| b LACHE ETHEL O | | b IRVING | | | | | | |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05261983 | F | 101321 | 21 | 1 | 1 | 23 | 01 | | | | | | | | | | | | | |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 CODE | OCCURRENCE SPAN FROM | THROUGH | 36 CODE | OCCURRENCE SPAN FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a 11 | 101321 | A1 | 052683 | | | | | | | | | | | |
| b | | | | | | | | | | | | | | |

| 38 LACHE ETHEL O | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| 901 RED BED DR | | a A3 | 307096 | | | | |
| IRVING        TX  75062 | | b | | | | | |
| | | c | | | | | |
| | | d | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 320 | RAD DX-GENERAL | 73610LT | 101321 | 1 | 108977 | | |
| 2 450 | EMERGENCY ROOM | 99283 | 101321 | 1 | 198119 | | |

| 001 | **PAGE** 001 **OF** 001 | | | **CREATION DATE** 101721 | **TOTALS** ▶ | 307096 | |
|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1134172406 | |
|---|---|---|---|---|---|---|---|
| A MCD PENDING | | Y | Y | | | 57 OTHER PRV ID | |
| B | | | | | | | |
| C | | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A LACHE ETHEL O | 01 | 999999999 | MEDICAID | 99999 |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | STUDENT |
| B | | |
| C | | |

| 66 DX | S93402A | S7002XA | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|
| 69 ADMIT DX | O | 70 PATIENT REASON DX | M25572 | | 71 PPS CODE | 72 ECI | W010XXA | | 73 |

| 74 | PRINCIPAL PROCEDURE CODE  DATE | a. OTHER PROCEDURE CODE  DATE | b. OTHER PROCEDURE CODE  DATE | 75 | 76 ATTENDING NPI 1295154136 | QUAL 0BD10R2959 |
|---|---|---|---|---|---|---|
| | | | | | LAST ROWELL | FIRST JEREMY A  MD |
| c. OTHER PROCEDURE CODE  DATE | d. OTHER PROCEDURE CODE  DATE | e. OTHER PROCEDURE CODE  DATE | | 77 OPERATING NPI | QUAL |
| | | | | LAST | FIRST |

| 80 REMARKS | | 81CC a | 78 OTHER | NPI | QUAL |
|---|---|---|---|---|---|
| | | b | LAST | | FIRST |
| | | c | 79 OTHER | NPI | QUAL |
| | | d | LAST | | FIRST |

UB-04 CMS-1450     APPROVED OMB NO. 0938-0997     ⊕ Printed on Recycled Paper     NUBC™ National Uniform Billing Committee  LIC3810506     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

Patient: LACHE, ETHEL_____    Medical Record Number: I001131529_____    eRequest ID: 143963941

Facility: _____Medical City Arlington_____    Phone Number: _____682-509-6446_____

Address: _____3301 Matlock Rd_____    City/State: _____Arlington, TX_____ Zip: _____76015_____

---

### AFFIDAVIT OF MEDICAL RECORDS

Before me, the undersigned authority, personally appeared _Glenda Willey_

Who, being by me duly sworn, deposed as follows:

My name is _Glenda Willey_____, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated;

I am the custodian of the medical records for _Medical City Arlington_____

Attached hereto are _38_ pages of medical records.

These said _38_ pages of medical records are kept by __Medical City Arlington_____ in the regular course of business, and it was in the regular course of business of ____Medical City Arlington_____ for an employee or representative of __Medical City Arlington_____ with knowledge of the act, event, condition, opinion or diagnosis, was ordered to make the record or to transmit information thereof to be included in such records; and the records were made at or near the time of reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

---

### AFFIDAVIT OF NO RECORDS

☐  A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

---

### DECLARATION OF CUSTODIAN OF RECORDS

I, _Glenda Willey_____, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of ___Texas____, County of ___Tarrant___ that the foregoing is true and correct.

Signature _Glenda Willey_                     Date _5-11 2023_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subscribed and sworn to me, a notary public in and for said county, this _11_ Day of _May_ 20_23_

Notary Public
My commission expires: _July 1, 2023_

TONI SAMPLE
My Notary ID # 128864202
Expires July 1, 2023

In states where a Notary is not required, this form will only include signature and date of the medical record custodian.

## Conditions of Admission and Consent for Outpatient Care

In this document, **"Patient"** means the person receiving treatment. **"Patient Representative"** means any person acting on behalf of the Patient and signing as the Patient's representative. Use of the word "I", "you," "your" or "me" may in context include both the Patient and the Patient Representative. With respect to financial obligations "I" or "me" may also, depending on the context, mean financial guarantor "Guarantor".

**"Provider"** means the hospital and may include healthcare professionals on the hospital's staff and/or hospital-based physicians, which include but are not limited to: Emergency Department Physicians, Pathologists, Radiologists, Anesthesiologists, Hospitalists, certain other licensed independent practitioners and any authorized agents, contractors, affiliates, successors or assignees acting on their behalf.

1. **Legal Relationship between Hospital and Physicians and Advanced Practice Professionals.** I understand and acknowledge that the physicians and advanced practice professionals providing services to me in the hospital are independent contractors and not agents or employees of the hospital. **"Advanced Practice Professionals"** include, but are not limited to, my treating physicians/ surgeons, radiologists, pathologists, cardiologists, emergency physicians, anesthesiologists, contract physicians, hospital-based physicians, physician assistants, registered nurses, advanced practice registered nurses, certified nurse midwives, certified registered nurse anesthetists, clinical psychologists, clinical nurse specialists, doctors of nursing practice, radiology assistants, and anesthesiology assistants. Independent physicians and Advanced Practice Professionals are responsible for their own actions and the hospital shall not be liable for the acts or omissions of any such independent physicians and/or Advanced Practice Professionals.

2. **Consent to Treatment.** I consent to the procedures that may be performed during this hospitalization or during an outpatient episode of care, including, but not limited to, emergency treatment or services, and which may include laboratory procedures, x-ray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered as ordered by the Provider. I consent to allowing residents and other individuals enrolled in a healthcare professional education program as part of their training in health care education to participate in the delivery of my medical care and treatment or be observers while I receive medical care and treatment at the Hospital, and that they will be supervised by instructors and/or hospital staff. I further consent to the hospital conducting blood-borne infectious or disease testing, including, without limitation, Acquired Immune Deficiency Syndrome (**"AIDS"**), Human Immunodeficiency Virus (**"HIV"**), and Hepatitis, if a Provider orders such test(s) for diagnostic and/or treatment purposes. I understand that in the case of an accidental exposure to blood or other body fluids, state law allows the Hospital to test a patient who may have exposed a health care worker to HIV without obtaining the person's consent. I understand that the potential side effects and complications of this testing are generally minor and are comparable to the routine collection of blood specimens, including discomfort from the needle stick and/or slight burning, bleeding or soreness at the puncture site. The results of this test will become part of my confidential medical record.

3. **Consent to Treatment Using Telemedicine.** I consent to treatment involving the use of electronic communications (**"Telemedicine"**) to enable health care providers at different locations to share my individual patient medical information for diagnosis, therapy, follow-up, and/or education purposes. I consent to forwarding my information to a third party as needed to receive Telemedicine services, and I understand that existing confidentiality protections apply. I acknowledge that while Telemedicine can be used to provide improved access to care, as with any medical procedure, there are potential risks and no

results can be guaranteed or assured. These risks include, but are not limited to: technical problems with the information transmission or equipment failures that could result in lost information or delays in treatment. I understand that I have a right to withhold or withdraw my consent to the use of Telemedicine in the course of my care at any time, without affecting my right to future treatment and without risking the loss or withdrawal of any program benefit to which I would otherwise be entitled.

4. **Use of Biological Samples.** During your care at the facility, biological samples (such as blood and tissue samples) might be collected from you for purposes of your care. Sometimes, after your visit there might be excess or leftover biological samples no longer needed for your care. These samples are usually discarded. However, sometimes these samples might be used for research within our hospitals and occasionally made available to researchers at external groups such as universities, private companies, advocacy groups, and government agencies. The research can help answer questions about the causes of diseases, how to prevent them, or even how to treat them. Please note that for this kind of research, (i) there might be no practical way to inform you about the details or results of the research (even if it involves genetic research), (ii) generally, no results on tests performed on your samples during the research can be returned to you or entered into your health record, (iii) it is not likely that you will directly benefit from the research, and (iv) there are no plans to compensate or recognize you for use of your samples or any discoveries made during the research. When these samples are used in this manner, your privacy is safeguarded consistent with applicable federal and state privacy laws.

5. **Consent to Medication Not Yet FDA Approved and/or Medication Prepared/Repackaged by Outsourcing or Compounding Pharmacy.** As part of the services provided, you may be treated with a medication that has not received FDA approval. You may also receive a medication that has been prepared or repackaged by an outsourcing facility or compounding pharmacy. Certain medications for which there are no alternatives or which your physician recommends may be necessary for potentially life-saving treatment.

6. **Consent to Product Patient Assistance Programs Limited Power of Attorney ("LPOA").** The Provider may be able to get free replacement or reimbursement for the cost of your drugs or medical products from the companies that make them through a patient assistance program sponsored by the companies that make your drugs or medical products and through charity foundations. If the hospital obtains replacement or reimbursement of cost of your drug or medical product from the manufacturer through such programs, the charge for the product or drug will be removed from your bill. Patient assistance programs require you to sign an application form in order for the hospital to obtain replacement or credits of certain drugs administered or devices implanted to qualifying patients. This LPOA allows the Provider and its claims processor to complete and sign your patient assistance program applications for you for so long as this program may be available to you.

I hereby appoint hospital and/or its claims processor, my attorney-in-fact for the sole and exclusive purpose of signing patient assistance program application forms on my behalf, so that hospital may attempt to obtain replacement or credits of certain drugs administered or devices implanted from the companies that make them. I understand that the final decision as to my acceptance in a patient assistance program lies with each pharmaceutical or medical device company and that submission by hospital provides no guarantee or assurance that any application will be approved. I will provide reasonable assistance and additional information and documentation as necessary to support each application. I further understand that: 1) signing this is voluntary; 2) some patient assistance

programs may not accept applications via power of attorney and I agree not to hold hospital responsible for such denial; 3) my treatment, payment enrollment, or eligibility for benefits may not be conditioned upon signing this authorization; and 4) I may revoke this authorization at any time by notifying the Provider in writing at *[facility address]*, however, such revocation will not affect any actions taken prior to facility receiving the revocation.

This LPOA shall be in full force from the date signed and continue for so long as these programs may be available to you.

| ☐ Yes, I consent to Product Patient Assistance Programs Limited Power of Attorney | ☐ No, I do not consent to Product Patient Assistance Programs Limited Power of Attorney |
|---|---|

7. **Consent to Photographs, and Video, Digital and Audio Recordings.** I consent to photographs, video, digital or audio recordings, and/or images of me being recorded for patient care, healthcare operations, security purposes and/or the hospital's quality improvement and/or risk management activities. I understand that the facility retains the ownership rights to the images and/or recordings. I will be allowed to request access to or copies of the images and/or recordings when technologically feasible unless otherwise prohibited by law. I understand that these images and/or recordings will be securely stored and protected. Images and/or recordings in which I am identified will not be released and/or used outside of the facility without a specific written authorization from me or my legal representative unless otherwise required by law.

8. **Financial Agreement.** In consideration of the services to be rendered to Patient, Patient or Guarantor individually promises to pay the Patient's account at the rates stated in the hospital's price list (known as the **"Charge Master"**) effective on the date the charge is processed for the service provided, which rates are hereby expressly incorporated by reference as the price term of this agreement to pay the Patient's account. Some special items will be priced separately if there is no price listed on the Charge Master. An estimate of the anticipated charges for services to be provided to the Patient is available upon request from the hospital. Estimates may vary significantly from the final charges based on a variety of factors, including, but not limited to, the course of treatment, intensity of care, physician practices, and the necessity of providing additional goods and services.

The hospital will provide a medical screening examination as required to all Patients who are seeking medical services to determine if there is an emergency medical condition without regard to the Patient's ability to pay. If there is an emergency medical condition, the hospital will provide stabilizing treatment within its capacity. However, Patient and Guarantor understand that if Patient does not qualify under the hospital's charity care policy or other applicable policy, Patient or Guarantor is not relieved of his/her obligation to pay for these services.

If supplies and services are provided to Patient who has coverage through a governmental program or through certain private health insurance plans, the hospital may accept a discounted payment for those supplies and services. In this event any payment required from the Patient or Guarantor will be determined by the terms of the governmental program or private health insurance plan. If the Patient is uninsured and not covered by a governmental program, the Patient may be eligible to have his or her account discounted

or forgiven under the hospital's uninsured discount or charity care programs in effect at the time of treatment. I understand that I may request information about these programs from the hospital.

I also understand that, as a courtesy to me, the hospital may bill an insurance company offering coverage, but may not be obligated to do so. Regardless, I agree that, except where prohibited by law, the financial responsibility for the services rendered belongs to me, the Patient or Guarantor. I agree to pay for services that are not covered and covered charges not paid in full by insurance coverage including, but not limited to, coinsurance, deductibles, non-covered benefits due to policy limits or policy exclusions, or failure to comply with insurance plan requirements.

I also understand that an itemized statement of all charges for which the patient or a third-party payor of patient is being billed by the hospital for items/services rendered to him/her while a patient of the hospital will be available to the patient on a link on each hospital's website. Each patient who has been discharged from the hospital, or his/her legal representative will be able to view the itemized or detailed bill through the website link. The itemized or detailed bill will be updated each time a bill is created, for example, with any rebills or edits or upon request for an itemized or detailed bill. I may obtain a copy of my itemized bill(s) by going to my facility's website.

9. **Professional services rendered by independent contractors and Advanced Practice Professionals are not part of the hospital bill.** I understand that physicians and other Advanced Practice Professionals may be called upon to provide care or services to me or on my behalf, but that I may not actually see, or be examined by all physicians or other Advanced Practice Professionals participating in my care; for example, I may not see physicians, including but not limited to, my treating physicians/ surgeons, radiologists, pathologists, cardiologists, emergency physicians, anesthesiologists, staff physicians, contract physicians, physician assistants and other Advanced Practice Professionals including those providing radiology, pathology, EKG interpretation, anesthesiology services or telemedicine. I understand that, in most instances, there will be a separate charge for professional services rendered by these providers and that I will receive a bill for these professional services that is separate from the bill for hospital services.

10. **Third Party Collection.** I acknowledge that the Providers may utilize the services of a third party Business Associate or affiliated entity as an extended business office ("**EBO Servicer**") for medical account billing and servicing. During the time that the medical account is being serviced by the EBO Servicer, the account shall not be considered delinquent, past due or in default. When the EBO Servicer's efforts to obtain payment have been exhausted due to a number of factors (for e.g., Patient or Guarantor's failure to pay or make a payment arrangement after insurance adjustments and payments have been credited, and/or the insurer's denial of claim(s) or benefits is received), the EBO Servicer will send a final notice letter which will include the date that the medical account may be returned from the EBO Servicer to the Provider. Upon return to the Provider by the EBO Servicer, the Provider may place the account back with the EBO Servicer, or, at the option of the Provider, may determine the account to be delinquent, past due and in default.

11. **Assignment of Benefits.** Patient assigns all of his/her rights and benefits under existing policies of insurance providing coverage and payment for any and all expenses incurred as a result of services and treatment rendered by the Provider and authorizes direct payment to the Provider of any insurance benefits otherwise payable to or on behalf of Patient for the hospitalization or for outpatient services, including emergency services, if rendered. Patient understands that any payment received from these policies and/or plans will be applied to the amount that Patient or Guarantor has agreed to pay for services rendered during this

admission and, that Provider will not retain benefits in excess of the amount owed to the Provider for the care and treatment rendered during the admission.

I understand that any health insurance policies under which I am covered may be in addition to other coverage or benefits or recovery to which I may be entitled, and that Provider, by initially accepting health insurance coverage, does not waive its rights to collect or accept, as payment in full, any payment made under different coverage or benefits or any other sources of payment that may or will cover expenses incurred for services and treatment.

I hereby **irrevocably appoint** the Provider as my authorized representative to pursue any claims, penalties, and administrative and/or legal remedies for any and all benefits due me for the payment of charges associated with services and treatment rendered by the Provider. These authorized actions include administrative and non-administrative appeals of any denial or underpayment of benefits or coverage, litigation, other forms of dispute resolution in any forum or for any type of relief (including monetary and equitable) available under applicable laws, including without limitation all provisions of the Employee Retirement Income Security Act of 1974, on my behalf against any responsible payer, employer-sponsored medical benefit plans, third party liability carrier or, any other responsible third party ("**Responsible Party**"). I also transfer and assign to the Provider all of my rights to demand and receive the production of or access to any documents or information, including without limitation, copies of health plan documents and materials, from any entity or person to the fullest extent of my rights to do so under my health plan and applicable laws. The foregoing rights are assigned in their entirety without limitation and without reservation of any part or aspect thereof. This assignment shall not be construed as an obligation of the Providers to pursue any such right of recovery. I acknowledge and understand that I maintain my right of recovery against my insurer or health benefit plan and the foregoing assignment does not divest me of such right.

I agree to take all actions necessary to assist the Provider in collecting payment from any such Responsible Party should the Provider(s) elect to collect such payment, including allowing the Provider(s) to bring suit against the Responsible Party in my name. If I receive payment directly from any source for the medical charges associated with my treatment acknowledge that it is my duty and responsibility to immediately pay any such payments to the Provider(s).

12. **Governing Law; Forum.** The patient, including patient's representative, and heirs or beneficiaries, and health care providers, including employees and agents of the health care provider, rendering or providing medical care, health care, or safety or professional or administrative services directly related to health care to patient agree: 1) that all health care rendered shall be governed exclusively and only by Texas Law and in no event shall the law of any other state apply to any health care rendered to patient; and 2) in the event of a dispute, any lawsuit, action, or cause of which in any way relates to health care provided to the patient shall only be brought in a Texas Court in the county/district where all or substantially all of the health care was provided or rendered and in no event will any lawsuit, action or cause of action ever be brought in any other state. The choice of law and forum selection provisions of this paragraph are mandatory and are not permissive.

13. **Medicare Patient Certification and Assignment of Benefit.** I certify that any information I provide in applying for payment under Title XVIII ("**Medicare**") or Title XIX ("**Medicaid**") of the Social Security Act is correct. I request payment of authorized benefits to be made on my behalf to the hospital or hospital-based physician by the Medicare or Medicaid program.

14. **Private Room.** I understand and agree that I am (or Guarantor is) responsible for any additional charges associated with the request and/or use of a private room.

15. **Outpatient Medicare Patients.** Medicare does not provide coverage for "self-administered drugs" or drugs that you normally take on your own, with only a few limited exceptions. If you get self-administered drugs that aren't covered by Medicare Part B, we may bill you for the drug. However, if you are enrolled in a Medicare Part D Drug Plan, these drugs may be covered in accordance with Medicare Part D Drug Plan enrollment materials. If you pay for these self-administered drugs, you can submit a claim to your Medicare Part D Drug Plan for a possible refund.

16. **Communications About My Healthcare.** I authorize my healthcare information to be disclosed for purposes of communicating results, findings, and care decisions to my family members and others I designate to be responsible for my care. I will provide those individuals with a password or other verification means specified by the hospital. I agree I may be contacted by the Provider or an agent of the Provider or an independent physician's office for the purposes of scheduling necessary follow-up visits recommended by the treating physician.

17. **Consent to Telephone Calls, Email or Text Message for Financial Communications.** I authorize the use of any email address or cellular telephone number I provide for receiving information relating to my financial obligations, including, but not limited to, payment reminders, delinquent notifications, instructions and, links to hospital Patient billing information. I agree that, in order for you, or your EBO Servicers and collection agents to service my account or to collect any amounts I may owe, I expressly agree and consent that you or your EBO Servicer and collection agents may contact me by telephone, on a recorded line, at any telephone number I have provided or you or your EBO Servicer and collection agents have obtained or, at any number forwarded or transferred from that number, regarding the hospitalization, the services rendered, or my related financial obligations. Methods of contact may include using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable.

By my consent below, I authorize the use of any email address or cellular telephone number I provide for receiving information relating to my financial obligations, including, but not limited to, payment reminders, delinquent notifications, instructions and links to hospital Patient billing information. I understand and acknowledge that my patient account number may appear in the email or text.

18. **Consent to Email, Telephone Calls or Text Message for Healthcare Information, Discharge Instructions and Other Communications.** If at any time I provide an email address or telephone number (whether wireless or a landline) to a Provider or EBO Servicer, I consent to receive messages from Providers and EBO Servicers regarding discharge instructions and other healthcare communications (including without limitation information about programs or services that might be of interest to me) at the email or telephone number (whether wireless or landline) that I have provided or you or your EBO Servicer have obtained or, at any text number forwarded or transferred from that number. These discharge instructions may include, but not be limited to: post-operative instructions, physician follow-up instructions, dietary information, and prescription information. The other healthcare communications may include, but are not limited to communications to family or designated representatives regarding my treatment or condition, or reminder messages to me regarding appointments for medical care, information about insurance coverage/eligibility, referrals, available treatment options and capabilities, health insurance plans, patient surveys and programs and services that might be of interest to me. I understand that providing my consent to receive such communications is not a condition of receiving services or care from Providers.

**19. Other Acknowledgements.**

**Personal Valuables.** I understand that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss of or damage to any money, jewelry, documents, furs, fur coats and fur garments, or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for the loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property that is deposited with the hospital for safekeeping is limited to the greater of five hundred dollars ($500.00) or the maximum required by law, unless a written receipt for a greater amount has been obtained from the hospital by the Patient. The hospital is not responsible for the loss or damage of cell phones, glasses or dentures or personal valuables unless they are placed in the hospital safe in accordance with the terms as stated above.

**Weapons/Explosives/Drugs.** I understand and agree that if the hospital at any time believes there may be a weapon, explosive device, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the hospital may search my room and my belongings located anywhere on hospital property, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

**Patient Visitation Rights.** I understand that I have the right to receive the visitors whom I or my Patient Representative designates, without regard to my relationship to these visitors. I also have the right to withdraw or deny such consent at any time. I will not be denied visitation privileges on the basis of age, race, color, national origin, religion, gender, gender identity and gender expression, and sexual orientation or disability. All visitors I designate will enjoy full and equal visitation privileges that are no more restrictive than those that my immediate family members would enjoy. Further, I understand that the hospital may need to place clinically necessary or reasonable restrictions or limitations on my visitors to protect my health and safety in addition to the health and safety of other Patients. The hospital will clearly explain the reason for any restrictions or limitations if imposed. If I believe that my visitation rights have been violated, I or my representative has the right to utilize the hospital's complaint resolution system.

**Records Retention.** Unless my records are involved in litigation, the Provider may dispose of my medical records 10 years after the date of my last treatment here, or, for minors, the later of 10 years after the date of the patient's last treatment or the date of the patient's 20th birthday.

**Additional Provision for Admission of Minors/ Incapacitated Patient.** If I am signing as legal guardian, I acknowledge and verify that I am the legal guardian or custodian of the minor/incapacitated patient.

**Insurance Network.** I acknowledge that I have received notice that, based on the information I have provided, this facility ☐ IS    ☐ IS NOT a participating provider under my health or insurance plan(s). I also acknowledge that I understand that some of the physicians, including facility-based physicians (e.g., radiologists, anesthesiologists, pathologists, neonatologists, and/or emergency department physicians), or other providers who may provide services to me during my admission, procedure, or other services, may not be participating providers under my health or insurance plan(s), and may bill me for services that are not paid by my health or insurance plan(s). I further acknowledge that I may request a list of facility-based physicians granted privileges and request from that physician whether the physician is a participating

provider with this facility and under what circumstances I may be responsible for payment of any amounts not paid by my insurer.

Patient/ Patient Representative _____ Date: _____

**20. Patient Self Determination Act.**
I have been furnished information regarding Advance Directives (such as healthcare or medical power of attorney and, living wills). Please check the box next to **one** of the following applicable statements:

| ☐ I executed Advance Directive(s) and have been requested to supply a copy to the hospital | ☐ I have not executed Advance Directive(s), wish to execute one or more and have received information on how to execute an Advance Directive | ☐ I have not executed an Advance Directive and do not wish to execute one at this time |
|---|---|---|

**21. Notice of Privacy Practices.** I acknowledge that I have received the hospital's Notice of Privacy Practices, which describes the ways in which the hospital may use and disclose my healthcare information for its treatment, payment, healthcare operations and other prescribed and permitted uses and disclosures. I understand that this information may be disclosed electronically by the Provider and/or the Provider's business associates. I understand that I may contact the hospital Privacy Officer designated on the notice if I have a question or complaint.

Acknowledge: _____ (Initial)

**22. Acknowledgement of Notice of Patient Rights and Responsibilities.** I have been furnished with a Statement of Patient Rights and Responsibilities ensuring that I am treated with respect and dignity and without discrimination or distinction based on age, gender, disability, race, color, ancestry, citizenship, religion, pregnancy, sexual orientation, gender identity or expression, national origin, medical condition, marital status, veteran status, payment source or ability, or any other basis prohibited by federal, state, or local law.

Acknowledge: _____ (Initial)

**23. Acknowledgement:** I have been given the opportunity to read and ask questions about the information contained in this form, specifically including but not limited to the financial obligation's provisions and assignment of benefit provisions, and I acknowledge that I either have no questions or that my questions have been answered to my satisfaction and that I have signed this document freely and without inducement other than the rendition of services by the Providers.

Acknowledge: _____ (Initial)

| Date:<br>02 2022 | I, the undersigned, as the Patient or Patient Representative, or, for a minor/incapacitated Patient, as the legal guardian, hereby certify I have read, |
|---|---|

| Time:<br><br>1056 | and fully and completely understand this Conditions of Admission and Consent for Outpatient Care, and that I have signed this Conditions of Admission and Consent for Outpatient Care knowingly, freely, voluntarily and agree to be bound by its terms. I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services. If insurance coverage is insufficient, denied altogether, or otherwise unavailable, the undersigned agrees to pay all charges not paid by the insurer. |
|---|---|
| **Patient/Patient Representative Signature:**<br><br>X _____<br><br>If you are not the Patient, please identify your Relationship to the Patient.<br><br>**(Circle or mark relationship(s) from list below):**<br><br>Spouse<br>Parent<br>Legal Guardian<br>Neighbor/Friend<br>Sibling<br>Healthcare Power of Attorney<br>Guarantor<br>Other (please specify):<br><br>_____ | **Witness Signature and Title:**<br><br>X _Navano / PRN_<br><br>**Additional Witness Signature and Title:**<br>(required for Patients unable to sign without a representative or Patients who refuse to sign)<br><br>X _____<br><br><br><br>HCA Texas COA-COS 12.01.2020 |

# Medical City Arlington

Service/Location: Medical City Arlington ER

Acct #: **I00977536384**

Status: DEP ER                                Date: 10/13/21        MR #: **I001131529**

| Patient's Legal Name | | | |
|---|---|---|---|
| LACHE, ETHEL OJONG | Language ENG, Sex F, Race B, DOB 05/26/83, Age 38, MS S, Religion CHRISTIAN | | SS# xxx-xx-9040 |
| | Ethnicity: Not Hispanic or Latin | | |
| Prior Stay  Occupation 10/12/21  STUDENT | Patient's Legal Address 901 RED BED DR, IRVING, TX 75062 | County DALLAS | Home Phone 469-973-2686 |
| ES Employer STUDENT | Employer's Address .,.,. . | Work Phone . | Cell Phone 469-973-2686 |

| PR Guarantor's Name SE LACHE, ETHEL OJONG | Address 901 RED BED DR, IRVING, TX 75062 | County DALLAS | Home Phone 469-973-2686 |
|---|---|---|---|
| Guarantor's Employer STUDENT | Employer Address .,.,. . | | Work Phone . |
| Social Security # xxx-xx-9040 | Occupation STUDENT | | |

| PR Other Guarantor's Name | Address | | Home Phone |
|---|---|---|---|
| Employer | Employer Address | | Work Phone |
| Social Security # | Occupation | | |

| Insurance #1 | Address | Phone | OCCURRENCES |
|---|---|---|---|
| MD.GPL.I  MCD PENDING | MEDICAID TEXAS- NHIC, P.O. BOX 200555, AUSTIN, T | 800-925-9126 | Code Date Time |
| Insured Name  Rel Asg Policy # | Group Name | Group Number | 11  10/13/21 |
| LACHE, ETHEL OJONG  Y  Y  999999999 | MEDICAID | 99999 | |
| Coverage | Birthdate 05/26/83 | Authorization | |
| Call | | | |

| Insurance #2 | Address | Phone | CONDITIONS |
|---|---|---|---|
| Insured Name  Rel Asg Policy # | Group Name | Group Number | Code Type |
| Coverage | Birthdate | Authorization | |

| Insurance #3 | Address | Phone | Special Program |
|---|---|---|---|
| Insured Name  Rel Asg Policy # | Group Name | Group Number | |
| Coverage | Birthdate | Authorization | |

| PR Notify in Emergency UN TAKANG, SIMON UN TAKANG, SIMON | Home Phone 469-471-2596 469-471-2596 | Work Phone 469-471-2596 469-471-2596 | Visit Diagnoses | |
|---|---|---|---|---|
| Attending Physician Rowell, Jeremy A MD | Admitting Physician | Family Physician No Primary or Family Physician PCP: No Primary or Family Physician | ER Physician Rowell, Jeremy A MD | |

| Reason for Visit GLF LEFT HIP PAIN Reservation Taken: | URN: BA78828 | Date 10/13/21 | Time 2123 | Type ER | Source PR | Rm/Bed | Service | Arrival AMB |
|---|---|---|---|---|---|---|---|---|
| | | Discharged: 10/13/21 2315 | | | | | | |

| Type  Date ONSET OF SYMPTOMS 10/13/21 Printed 10/24/21 0321 HPF.FEED | Accom  Smoke N | EOB  EX Charges | CD From 11  10/13/21 | Thru | Entered By EM EDF |
|---|---|---|---|---|---|

 

```
RUN DATE: 10/16/21                          Medical City Arlington  ABS                    PAGE 1
RUN TIME: 0304                                   CODING SUMMARY
RUN USER: HPF.FEED
```

```
NAME:  LACHE,ETHEL OJONG                         ACCT#:      I00977536384
                                                 FORM:
     ADM DATE:  10/13/21  2129
  ATTEND PHYS:  Rowell,Jeremy A  MD               UNIT#:      I001131529
    DIS DT/TM:  10/13/21  2315                     SEX:        F
     DIS DISP:  01 ROUTINE HOME/SELF CARE          AGE:        38
         LOS:  :          1                        DOB:        05/26/83
     PT CLASS:  ER.OTH                             FIN CLASS:  99
                                                  ABS STATUS:  FINAL
```

```
DIAGNOSES                                                              POA INDICATOR  CODESET
```

```
REASON FOR VISIT DX
          M25.572     PAIN IN LEFT ANKLE AND JOINTS OF LEFT FOOT                        ICD10

PRIMARY CODESET
PRINC DX     S93.402A    SPRAIN OF UNSPECIFIED LIGAMENT OF LEFT ANKLE, INIT ENCNTR       ICD10
OTHER DX     S70.02XA    CONTUSION OF LEFT HIP, INITIAL ENCOUNTER                        ICD10
             W01.0XXA    FALL SAME LEV FROM SLIP/TRIP W/O STRIKE AGAINST OBJECT, INIT    ICD10

OTHER CODESET
PRINC DX
OTHER DX

PROCEDURE
PRIMARY CODESET
DATE       PROC CODE & NAME                      SURGEON         ANESTHESIOLOGIST
OTHER CODESET

PRIMARY CODESET
DRG I-10
 OTHER CODESET
DRG I-9
```

```
STATUS       $REIMB    MIN-LOS    STD-LOS      COST WT      GRP VERS      GRP FC
                                                            39            99
```

```
DRG STATUS DATE:                             ABS STATUS DATE: 10/15/21
CODER: INTERFACE                             ABSTRACTOR: CACUSER
```

```
      **This form will be maintained as a permanent part of the medical record**
```

MEDICAL CITY ARLINGTON (COCAR)
EMERGENCY PROVIDER REPORT
REPORT#:1013-0743   REPORT STATUS:Signed
DATE:10/13/21 TIME:2258

PATIENT: LACHE,ETHEL OJONG            UNIT #: I001131529
ACCOUNT#: I00977536384                ROOM/BED: I.ERN
DOB: 05/26/83  AGE: 38      SEX: F    PCP PHYS: No Primary or
Family Physician
SERVICE DT: 10/13/21                  AUTHOR: Roper,Tyler M  PA

* ALL edits or amendments must be made on the electronic/computer
document *

## Roper,Tyler M 10/13/21 2258:
## HPI-Trauma Minor/Fall

### Free Text HPI Notes
**Free Text HPI Notes**
38-year-old female no significant past medical history arrives with left-sided ankle pain after
she tripped and fell while a store. Was raining outside. Arrives via EMS. EMS states that
patient would not give them much history. Patient states she has pain to her left ankle but
also to her left hip. Denies head or neck injury, back injury. Denies other extremity injury.

Seen at Las Colinas ER yesterday for left-sided foot pain with negative foot x-ray.

### General
**Confirmed Patient** Yes
**Patient Type** New patient
**Initial Greet Date/Time** 10/13/21 2126

### Presentation
**Chief Complaint** Fall
**Hx Obtained From** Patient
**Onset Occurred** Today
**Symptom Duration** Since onset
**Progression since Onset** Unchanged
**Context of Onset** rest
**Caused by** Accidental
**Context: Occurred at** store
**Location** Lower extremity L
**Quality** Aching
**Severity: Onset** Mild
**Severity: Current** Mild
**Associated with**
Denies: Abdominal pain, Chest pain, Difficulty breathing, Fever, Headache, Heel pain R,
Heel pain L, Inability to bear weight, Loss of consciousness, Nausea, Neck pain, Neuro
symptoms pre-arriv, Numb extremities, Shortness of breath, Syncope, Vision change,

Page 1 of 10

Patient: ACHILLES BALBOJONO
Unit#:I001131529
Date: 10/13/21
Acct#:I00977536384

Vomiting, Weak extremity.
**Exacerbated by** Nothing
**Relieved by** Nothing

**Context**
**Recent Healthcare** Prior workup
**Similar Sx Previous** Yes

## Risk-Trauma Minor/Fall

### Risk Stratification
**Nexus C-Spine Criteria**
No: Post midline tenderness, Intoxicated, Altered LOC/alertness, Focal neuro deficit pres,
Distracting injury pres.
**Glasgow Coma Score:**
**Copyright Sir Graham Teasdale** Copyright Sir Graham Teasdale
**GCS Score:** 15

## Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.
**Complete sys rev & neg** except as marked.

### Basic Review of Systems
**Basic ROS** CV: No chest pain, GI: No abd pain/vomiting, GU: No dysuria/frequency, HEM:
No bleeding/bruising, PSYCH: NL thought content

### Focused Review of Systems
**Constitutional**
Denies: Chills, Fever, Lethargy.
**Eyes**
Denies: Eye pain bilat, Redness bilat, Visual loss bilat.
**Ears/Nose/Throat**
Denies: Earache bilat, Nasal congestion, Sore throat.
**Respiratory**
Denies: Cough, non-productive, Cough, productive, Shortness of breath.
**Musculoskeletal**
Reports: Extremity pain.  Denies: Back pain.
**Skin**
Denies: Abrasion, Laceration.

Page 2 of 10

Unit#: I001131529
Date: 10/13/21
Acct#: I00977536384

**Neurologic**
Denies: Change LOC, Dizziness, Focal weakness, Headache, Numbness, Slurred speech.

## Past Medical History - Adult
**Stated Complaint** GLF LEFT HIP PAIN
**Allergies**
**Coded Allergies:**
No Known Allergies (09/26/20)

**Home Medications**
**Active Scripts**
Ibuprofen (Motrin) 400 MG PO TID PRN PRN L FOOT PAIN
   Ibuprofen (Motrin) 400 MG PO TID PRN PRN L FOOT PAIN #20 TAB
   Prov:   10/12/21

**Calculated Suicide Risk (nurs)** No risk
**Review of Nursing Notes** Rev avail, and agree
**Pt reports no significant:** Family history, Social history
**Past Medical History:**
Reports: Venous thromboembolism.
**Additional Medical History**
Anxiety, DEPRESSION
**Additional Surgical History**
NONE
**Alcohol Use** Denies EtOH use
**Drug Use** Denies recreational drugs
**Smoking status:**
   **Smoking status for patients 13 years old or older:** Never Smoker
**Ambulatory Status** Independent

## Physical Exam

**Vital Signs**
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 10/13 2139 |
| B/P | 136/61 | 10/13 2139 |
| B/P Mean | 86 | 10/13 2139 |
| O2 Delivery | Room air | 10/13 2139 |
| Temp | 36.7 | 10/13 2139 |

Page 3 of 10

Patient: PATIENT, BOJON
Unit#:I001131529
Date: 10/13/21
Acct#:I00977536384

| Pulse |    | 85 | 10/13 2139 |
|-------|----|----|----|
| Resp  | 18 |    | 10/13 2139 |

Last Documented:

|              | Result   | Date Time  |
|--------------|----------|------------|
| Pulse Ox     | 98       | 10/13 2326 |
| B/P          | 132/74   | 10/13 2326 |
| B/P Mean     | 93       | 10/13 2326 |
| O2 Delivery  | Room air | 10/13 2326 |
| Temp         | 36.8     | 10/13 2326 |
| Pulse        | 78       | 10/13 2326 |
| Resp         | 20       | 10/13 2326 |

**Review of Vital Signs** Reviewed

## Basic Physical Exam
**Basic PE** EYES: PERRL, conj clear, ENT: Membranes moist, RESP: No resp distress, CV: Reg rate & rhythm, EXT: No gross abnormality, SKIN: No rashes, warm/dry, NEURO: alert & oriented, NEURO: gross movement NL, PSYCH: NL thought content

## Focused PE
**General/Const**    **
  **General/Const** Awake, Alert
**MS Head**        **
  **Head** Atraumatic, Normocephalic
**Eyes**
  **Eyes** Atraumatic, PERRL, EOMI, No periorbital redness, No periorbital swelling
**Ears/Nose/Throat**
  **Ears/Nose/Throat** Atraumatic, Airway patent, Mucous membranes moist, Pharynx NL
**MS Neck**        **
  **Neck** Atraumatic, Supple, Full range of motion, No swelling, Non-tender, No midline vertebral tend
**Resp/Chest**
  **Respiratory/Chest** Breath sounds NL, Breath sounds = bilat, No respiratory distress, No rales, No rhonchi, No wheezing, No chest tenderness, No chest wall deformity, No crepitus
**Cardiovascular**
  **Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL, Cap refill not delayed, Peripheral circulation NL
**MS Back**
  **Back** Atraumatic, Inspection NL, Painless range of motion, Non-tender, No midline vertebral tend, No CVA tenderness

Page 4 of 10

Unit#:I001131529
Date: 10/13/21
Acct#:I00977536384

## MS Upper Extrem
**Upper Extremity/MS** Atraumatic, Inspection NL, Full range of motion, No swelling, Non-tender, No erythema, No deformity, Neurologic intact, Vascular intact
## MS Wrist/Hand
**Wrist/Hand** Atraumatic, Inspection NL, Full range of motion, No swelling, No erythema, Non-tender, No deformity, Neurologic intact, Vascular intact, No clubbing/cyanosis
## MS Lower Extrem
**Lower Ext/Pelvis/MS** No swelling, No erythema, No deformity, Neurologic intact, Vascular intact, No edema
### Left Hip
Negative: Swelling present, Tenderness present, Ecchymosis present, Erythema present, Warmth present, Leg shortened, Leg externally rotated, Unable to bear weight, Antalgic gait, ROM reduced, Joint effusion present, Deformity present, Open fracture present, Pulses distal absent, Pulses distal decreased, Neuro deficit present.
## MS Ankle/Foot
**Ankle/Foot** Inspection NL, No swelling, No erythema, No deformity, Neurologic intact, Vascular intact, No edema
### Left Ankle
Swelling present, Tenderness present.  Negative: ROM reduced, Deformity present, Open fracture present, Pulse post tib absent, Pulse post tib decreased, Neuro deficit present.
### Left Foot
Negative: Swelling present, Tenderness present, Tender base 5th mtarsal, Tender calcaneus, Tender plantar fascia.
## Skin
**Skin** Atraumatic, Color NL, Warm, Dry, Intact, Turgor NL
## Neurologic
**Neurologic** Oriented X3, Speech NL, No motor deficits, No sensory deficits, Cerebellar NL

# Interpretation & Diagnostics

## Lab Results Interpretation
**Considerations** Independ review imaging, Reviewed prior records
**Results**
Recent Impressions:
**RADIOLOGY - ANKLE, PORTABLE COMPLETE-LT 10/13 2200**
\*\*\* Report Impression - Status: SIGNED  Entered: 10/13/2021 2219

Impression:

1. No fracture or dislocation seen.

RLC 3301

Patient: JONES, ETHEL B & JONES
Unit#:I001131529
Date:  10/13/21
Acct#:I00977536384

Ordering physician: Tyler M Roper

---

Electronically signed by:    Dr. MIGUEL A. REYES, MD
Date:                                          10/13/21
Time:                                          22:19
Impression By: I.PHY.MAR1 - MIGUEL A REYES MD

### Imaging Statement
Radiographic studies reviewed and considered in the medical decision-making.

### Lab & Imaging Statement
Laboratory & radiographic studies reviewed and considered in the medical decision-making.

## Point of Care Testing
**Pulse Oximetry**
**Pulse Ox %** 98
**On:** Room air
**Interpretation** Interpreted by me, Pulse oximetry normal

## Radiography
**X-Ray Interpretation**
**Study Performed**
rad ankle L
**Interpretation/Wet Read by** Interpret - Radiologist
**Reviewed by** ED physician (ed pa)

## Re-Evaluation & MDM

## Free Text MDM Notes
**Free Text MDM Notes**
agrees to mandatory f/u

## Re-Evaluation/Progress #1
**Text/Dict Note**
declines hip xray states that is not why she is here today.
**Time of Re-Eval** 2301
**Re-Eval Status** Improved

Patient: LACHE, ETHEL BRONG
Unit#:I001131529
Date: 10/13/21
Acct#:I00977536384

**Pain Re-Evaluation** Pain improved
**Plan Post Re-Eval** Plan discharge
 **Fall/Minor Trauma MDM Note**
The patient presented with a complaint of a fall or minor trauma. The patient is now resting
comfortably and feels better, is alert and in no distress. The patient has a normal mental status
and is neurologically intact. The history, exam, diagnostic testing (if any) and current condition do
not demonstrate signs of clinically significant intra-cranial, intra-thoracic, intra-abdominal, or
musculoskeletal trauma. The vital signs have been stable. The patient's condition is stable and
appropriate for discharge. The patient will pursue further outpatient evaluation with the primary
care physician or other designated or consulting physician as indicated in the discharge
instructions.

## ED Course
**Patient Course** Stable
**Medication(s) Ordered**
Medication(s) Ordered:
**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Acetaminophen | 500 MG | XTED STA PO | 10/13 2126 10/13 2127 | DC | 10/13 2157 |

**Additional Hx/Info Source** Prior records reviewed, no recent hospitalizations
**Safety Concerns** Patient is safe

## Differential Diagnosis
**Differential Diagnosis** Abrasion, Abuse, physical, Abuse, sexual, Ankle injury, Asphyxiation,
Bowel injury, Burn injury, Burn, chemical, Burn, thermal, Cardiac injury, Closed head
injury, Compartment syndrome, Concussion, Contusion, Corneal abrasion, Dislocation,
Dislocation, hip, Dislocation, shoulder, Flail chest, Foot injury, Foreign body, Foreign body,
eye, Fracture, Fracture(s), Fracture, basilar skull, Fracture, blow out, Fracture, c-spine,
Fracture, hip, Fracture, long bone, Fracture, nasal, Gun shot wound, Hand injury, Head
injury, Hematoma, Intra-abdominal injury, Intracranial hemorrhage, Laceration, Liver injury,
Myocardial contusion, Neck injury, Pelvic injury, Penetrating injury, Pericardial tamponade,
Pneumoperitoneum, Pneumothorax, Pulmonary contusion, Renal injury, Respiratory arrest,
SCIWORA, Spine injury, Splenic injury, Sprain, Strain, Tracheal injury, Traum brain inj,
mild, Traum brain inj, sev, Urethral injury, Urological injury, Vascular injury, Whiplash,
Wrist injury

## Pert Findings/Considerations

Page 7 of 10

Patient Name: LACHE-BOJON
Unit#:I001131529
Date: 10/13/21
Acct#:I00977536384

**Presentation** Acute
**Severity Evaluation** Serious condition
**Diagnosis Appears** Clear

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 10/13 2139 |
| B/P | 136/61 | 10/13 2139 |
| B/P Mean | 86 | 10/13 2139 |
| O2 Delivery | Room air | 10/13 2139 |
| Temp | 36.7 | 10/13 2139 |
| Pulse | 85 | 10/13 2139 |
| Resp | 18 | 10/13 2139 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 10/13 2326 |
| B/P | 132/74 | 10/13 2326 |
| B/P Mean | 93 | 10/13 2326 |
| O2 Delivery | Room air | 10/13 2326 |
| Temp | 36.8 | 10/13 2326 |
| Pulse | 78 | 10/13 2326 |
| Resp | 20 | 10/13 2326 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

### Clinical Impression
**Clinical Impression**
**Primary Impression:** Left ankle sprain
**Secondary Impressions:** Contusion of left hip, Fall

### Disposition Decision
**Discharge**
)( **Discharged to Home** Yes
)( **Time** 2302
)( **Date** 10/13/21

Page 8 of 10

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Imaging studies, Prescriptions, Need for follow-up, When to return to ED
### (Auto) Prescriptions
### Current Visit Scripts
Acetaminophen (Tylenol Extra Strength) 500 MG PO Q6H PRN PRN pain
   Acetaminophen (Tylenol Extra Strength) 500 MG PO Q6H PRN PRN pain #15 TAB

**Prescriptions Reviewed** Risks, Benefits
**Patient Instructions** ED Ankle Sprain (Adult), ED Fall with Uncertain Cause, ED Hip Contusion
### Departure Forms
### RETURN TO WORK/SCHOOL
### Discharge Note
I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.

## Rowell,Jeremy A 10/14/21 0159:
## Patient Discharge & Departure

## Discharge/Care Plan
**Referrals**
**Provider Referral:** Chambers,Andrew W  MD

Patient: LACHE, ETHEL
Unit#:I001131529
Date: 10/13/21
Acct#:I00977536384

**Address:**
515 W Mayfield Rd, Ste 118
Arlington, TX 76015

**Provider Referral:** No Primary or Family Physician

## Supervising Physician Note
**MidLv Saw Pt Alone**
I have reviewed the PA/NP's note and plan of care. I was available for consultation as needed at all times during the patient's visit in the emergency department. I agree with the clinical impression, plan and disposition.

Electronically Signed by Roper,Tyler M  PA on 10/14/21 at 0133
Electronically Signed by Rowell,Jeremy A  MD on 10/14/21 at 0159

RPT #: 1013-0743
***END OF REPORT***

Page 10 of 10

Arrival Stamp MCOA2 10/13/2021 21:23

(●) **Medical City**
**Arlington**

| DATE 10-13-21 | TIME 2108 | ☐ AEMS ☐ MEDSTAR | ☑ GRAND PRAIRIE ☐ PANTEGO | ☐ KENNEDALE ☐ OTHER: | | UNIT # |
|---|---|---|---|---|---|---|

| AGE: 38 | M Ⓕ | CHIEF COMPLAINT: GLF Left Hip Pain | | | RESTRAINED Y N / AIRBAG Y N / LOC Y N |

| BP: | HR: | RR: | SPO2: ☐ RA ☐ O2@____ L/MIN | EtCO2: | BGL: | MONITOR: | GCS: 15 AAOX 4 |

| OTHER INFO (PMH, ALLERGIES): BLOOD THINNERS Y Ⓝ | TREATMENT: ☐ PACKAGED ☐ IV |
|---|---|

| REASON FOR DIVERT: ☐ SENT TO WOMEN'S SERVICES | REPORT TAKEN BY (Print Name): Norman Priest | CHARGE RN NOTIFIED: Ⓨ N | ETA: 10 |
|---|---|---|---|

**Trauma:** ☑ Yes  ☐ No

**Trauma Activation Criteria Met:** ☐ Yes  ☑ No  *If Yes, complete Criteria Form on the CarePoint.*

| ☐ **SEPSIS** TIME: | ☐ **STROKE ALERT** TIME: | ☐ **STEMI** TIME: |
|---|---|---|
| ☐ 18 years old and NOT pregnant ☐ Suspected or documented infection ☐ At least two of the SIRS criteria: o Temperature greater than 38ºC (100.4ºF) or lower than 36ºC (96ºF) o Pulse greater than 90 o Respiratory rate greater than 20 o SBP < 90 o Altered Mental Status from baseline o EtCO2 < 30 | Last Known Well: _____ (<24 Hours) | EKG TRANSMITTED: ☐ Y  ☐ N |

ROOM ASSIGNMENT: 361

## TO BE COMPLETED ONLY FOR PATIENTS SENT TO TRIAGE AREA

**Time:** _____ First Point of Contact Screening Positive: ☐ Yes ☐ No    Mask Placed on Patient ☐ Yes ☐ No
**AIRWAY:** ☐ Patent ☐ Impaired
**BREATHING:** Respiratory Distress: ☐ None ☐ Mild ☐ Moderate ☐ Severe
**CIRCULATION:** Appearance: ☐ Warm/Dry/Normal Color ☐ Pale ☐ Diaphoretic
    **Pulse Rate:** ☐ WNL ☐ Rapid    Capillary Refill: ☐ <2Seconds ☐ >2Seconds
**DEFORMITY/DISABILITY:** ☐ No Neuro Deficits    LOC: ☐ Yes ☐ No
    **ACDU: (circle)**    A(alert)    C(confused)    D(drowsy)    U(unresponsive)

*POOR ORIGINAL*

If Injured Extremity: Neurovascular Integrity Intact: ☐ Yes ☐ No

**Chief Complaint:** _____

**ESI Level: (circle)**    1 Resuscitation    2 Emergent    3 Urgent    4 Semi-Urgent    5 Non-Urgent

**Time:** _____ **Date:** _____ **Triage Nurse Print Name/Signature:** _____

(●) **Medical City**
**Arlington**

3301 Matlock Rd.
Arlington, TX 76015
682-509-6200

**EMS RAPID INITIAL ASSESSMENT FORM**
**PREHOSPITAL NOTIFICATION**

PATIENT IDENTIFICATION
LACHE, ETHEL OJONG
I00977536384    PRE ER
10/13/21 2123
DOB:05/26/83  38    F   MR# I001131529
Medical City Arlington

WHITE - CHART    YELLOW - COLD STORAGE

MCA-RD780-00578P1 (Rev. 12/18) Page 1 of 2

**Medical City**
**Arlington**

## EMS Quick Intake Form-EMS TIME OUT

| CC: | | | | | | | | | | | | | |
|-----|--|--|--|--|--|--|--|--|--|--|--|--|--|

| PTA VS: | BP | | P | | R | | SPO2 | | PL | | GCS | |
|---------|----|--|---|--|---|--|------|--|----|--|-----|--|

PTA Meds/Treatment:

Allergies:

Meds:

PMH:

| Current VS: | BP | | P | | R | | SPO2 | | PL | | GCS | |
|-------------|----|--|---|--|---|--|------|--|----|--|-----|--|

| | Temp | | Source | | Tympanic | Rectal | Oral | | | |
|--|------|--|--------|--|----------|--------|------|--|--|--|

| Smoker: | Y | N | Td Current: | Y | N | Last Dose: | | Weight: | |
|---------|---|---|-------------|---|---|------------|--|---------|--|

| LMP: | | G: | | AB: | | P: | | |
|------|--|----|--|-----|--|----|--|--|

Notes:

Time: _____ Date: _____ Triage Nurse Print Name/Signature: _____

**Medical City**
**Arlington**

3301 Matlock Rd.
Arlington, TX 76015
682-509-6200

**EMS RAPID INITIAL ASSESSMENT FORM**
**PREHOSPITAL NOTIFICATION**

PATIENT IDENTIFICATION

WHITE - CHART    YELLOW - COLD STORAGE

MCA-RD760-00576P2 (Rev. 12/18) Page 2 of 2

*E D P R S *

Arrival Stamp MCOR2 10/13/2021 21:23

**Medical City**
Arlington

| DATE 10-13-21 | TIME 2108 | ☐ AEMS ☐ MEDSTAR | ☑ GRAND PRAIRIE ☐ PANTEGO | ☐ KENNEDAI F ☐ OTHER: | UNIT# |
|---|---|---|---|---|---|

| AGE: 38 | M F | CHIEF COMPLAINT: GLF Left Hip Pain | RESTRAINED Y N AIRBAG Y N LOC Y N |
|---|---|---|---|

| BP: | HR: | RR: | SPO2: ☐ RA ☐ O2@ ___ L/MIN | EtCO2: | BGL: | MONITOR: | GCS: 15 AAOX 4 |
|---|---|---|---|---|---|---|---|

OTHER INFO (PMH, ALLERGIES):
BLOOD THINNERS Y (N)

TREATMENT:
☐ PACKAGED ☐ IV

REASON FOR DIVERT:
☐ SENT TO WOMEN'S SERVICES

REPORT TAKEN BY (Print Name): Norman Frost

CHARGE RN NOTIFIED: (Y) N

ETA: 10

Trauma: ☑ Yes ☐ No

Trauma Activation Criteria Met: ☐ Yes ☑ No *If Yes, complete Criteria Form on the CarePoint.*

| ☐ SEPSIS TIME: | ☐ STROKE ALERT TIME: | ☐ STEMI TIME: |
|---|---|---|
| ☐ 18 years old and NOT pregnant<br>☐ Suspected or documented infection<br>☐ At least two of the SIRS criteria:<br>o Temperature greater than 38°C (100.4°F) or lower than 36°C (96°F)<br>o Pulse greater than 90<br>o Respiratory rate greater than 20<br>o SBP < 90<br>o Altered Mental Status from baseline<br>o EtCO2 < 30 | Last Known Well: _____<br>(<24 Hours) | EKG TRANSMITTED:<br>☐ Y ☐ N |

ROOM ASSIGNMENT:

## TO BE COMPLETED ONLY FOR PATIENTS SENT TO TRIAGE AREA

Time: _____ First Point of Contact Screening Positive: ☐ Yes ☐ No     Mask Placed on Patient ☐ Yes ☐ No
AIRWAY: ☐ Patent ☐ Impaired
BREATHING: Respiratory Distress: ☐ None ☐ Mild ☐ Moderate ☐ Severe
CIRCULATION: Appearance: ☐ Warm/Dry/Normal Color ☐ Pale ☐ Diaphoretic
Pulse Rate: ☐ WNL ☐ Rapid     Capillary Refill: ☐ <2Seconds ☐ >2Seconds
DEFORMITY/DISABILITY: ☐ No Neuro Deficits     LOC: ☐ Yes ☐ No
ACDU: (circle)     A(alert)     C(confused)     D(drowsy)     U(unresponsive)

If Injured Extremity: Neurovascular Integrity Intact: ☐ Yes ☐ No

Chief Complaint:

ESI Level: (circle)     1 Resuscitation     2 Emergent     3 Urgent     4 Semi-Urgent     5 Non-Urgent

Time: _____ Date: _____     Triage Nurse Print Name/Signature:

**Medical City**
Arlington

3301 Matlock Rd.
Arlington, TX 76015
682-509-6200

**EMS RAPID INITIAL ASSESSMENT FORM
PREHOSPITAL NOTIFICATION**

PATIENT IDENTIFICATION
LACHE, ETHEL OJONG
100977536384     PRE ER
10/13/21 2123
DOB: 05/26/83   38
Medical City Arlington     F   MR# 1001131529

WHITE - CHART     YELLOW - COLD STORAGE

MCA-RD780-00578P1 (Rev. 12/18) Page 1 of 2

Patient: LACHE, ETHEL MRN: I001131529 Encounter: I00977536384

```
RUN DATE: 10/15/21                              Medical City Arlington  EDM                              PAGE 1
RUN TIME: 1515                                  EMERGENCY PATIENT RECORD
RUN USER: HPF.FEED
```

| Patient: LACHE, ETHEL OJONG | Age/Sex: 38/F | Acct No: I00977536384 |
|---|---|---|
| EDM Provider: Rowell, Jeremy A MD, 2hcaAsocAf | | Unit No: I001131529 |

## GENERAL DATA

ED Physician: Rowell, Jeremy A MD, 2hcaAsocAf
Practitioner: Roper, Tyler M, 2hcaPrvMdM
Nurse: HOSSAIN, YASIN, RN

Arrival Date/Time: 10/13/21 - 2123
Triage Date/Time:  10/13/21 - 2139
Date of Birth:  05/26/1983

Stated Complaint: GLF LEFT HIP PAIN
Chief Complaint: Extremity Injury                Priority: 3
Status Event History:
        10/13/21  2108 EMS or Call-In Pre-Arrival
               2123 EMS or Call-In Check-In
               2144 Triaged
               2123 Registration
               2259 Ready
               2315 Departed
               2328 Off Tracker

### MODE OF ARRIVAL

AMBULANCE

## ALLERGIES

| Allergy/Adverse Reaction | Type/Category | Severity | Date | Ver |
|---|---|---|---|---|
| No Known Allergies | Allergy/Drug | | 09/26/20 | N |

## ASSESSMENT

Rapid Initial Assessment

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 10/13/21 | 2139 | FINLEY, ASHLEY, RN | 10/13/21 | 2144 | FINLEY, ASHLEY, RN |

        - - RAPID INITIAL ASSESSMENT - -
First Point of Contact: Yes
Enter/Edit Allergies: Yes
Arrived by: AMB
EMS service: GRANDPRAIR
Medications/treatments prior to arrival: None
        - - SUBJECTIVE ASSESSMENT - -
Patients description of reason for visit:
BIB EMS FOR GLF, HIT HEAD, NO KO NOT ON BLOOD THINNERS.
CO LEFT HIP PAIN AND HEAD PAIN. NO NV
Objective assessment:
PT AXOX4, MAD NOTED. VSS. AMBUALTORY FROM GURNEY TO TRIAGE
Onset of Symptoms Date: 10/13/21
Neuro WDP: Yes
Cardiovascular WDP: Yes
Respiratory WDP: Yes
Pain scale utilized: Verbal numeric
Smoking status for patients 13 years old or older: Never Smoker
Flowsheet: Yes
Chief Complaint: Hip/Pelvis
Priority: ESI 3 / Urgent
ESP? N
Facility ESP status:
ESP Enabled

- FIRST POINT OF CONTACT - -
Patient/representative present AND ABLE to complete infection screening: Yes
Have you ever had TB or a positive TB skin test: No
Recent close contact with a person who has influenza like illness or TB: No
Risk factors for C.diff: None
Have you or a close contact traveled outside the US in the last 3 weeks: No
Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
Cough not related to allergy or COPD: Not in the last 7 days
Sore throat: Not in the last 7 days
Night sweats: Not in the last 7 days
Unexplained weight loss: Not in the last 7 days
Fatigue: Not in the last 7 days
Body aches: Not in the last 7 days
Rash: Not in the last 7 days
Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
Patient states having a fever: No
Patient states having shortness of breath: No
COVID-19 point of entry screening status: Negative COVID-19 Risk
Point of entry screening status:
Negative TB Risk
Negative Respiratory Risk
Negative C difficile Risk

- RAPID FLOWSHEET - -

- VITAL SIGNS - -
Temperature F: 98.0
Pulse: 86
Respiratory rate: 18
Blood pressure: 136/61
Mean arterial pressure: 86
SPO2 %: 97
Oxygen delivery devices: Room air

- HEIGHT/WEIGHT - -
Height ft: 5
Height in: 5
Height source: Stated/Reported
Weight kg: 63.636
Weight source: Stated/Reported
BMI calculated: 23.3

- GLASGOW COMA SCALE - -
Glasgow coma scale: Yes
Motor response: 6
Verbal response: 5
Eye opening: 4
Glasgow coma score: Mild
- - Copyright - -
Adults: Sir Graham Teasdale
Pediatrics: Copyright owned by Matthew Kirschen, MD PhD
        Received permissions on 4/22/20

- SEVERE SEPSIS SCREENING - -
Temperature: No
Heart rate: No
Respirations: No

RUN DATE: 10/15/21
RUN TIME: 1515
RUN USER: HPF.FEED

Case 3:24-cv-00018-N-BK   Document 12   Filed 01/03/24   Page 78 of 93   PageID 86

Medical Criteria Regional 3104
EMERGENCY PATIENT RECORD

PAGE 2

WBC results:
No results past 48 hrs
Band results:
No results past 48 hrs
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0

Detailed Assessment

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 10/13/21 | 2203 | HOSSAIN,YASIN, RN | 10/13/21 | 2203 | HOSSAIN,YASIN, RN |

- - DETAILED ASSESSMENT - -
Suicide screening: Yes
Are you frequently being bullied: No
Arrived by: AMB
Medications/treatments prior to arrival: None
Last tetanus shot: Unknown
Health history: No
BMI calculated: 23.3
Chief Complaint: Hip/Pelvis
Expected outcome of chief complaint: Stabilized/maintained

- HEALTH HISTORY - -

- FUNCTIONAL/NUTRITIONAL SCREENING - -
Musculoskeletal chronic conditions: None

- NUTRITIONAL SCREENING - -

- MEDICAL HEALTH HISTORY - -
Respiratory: None
Heart disease: None
Stroke: None
Diabetes: None
Cancer: None
Additional medical history:
ANEMIA
Surgical history:
DENIES

- SUICIDE ASSESSMENT - -
Wish to be dead or to not wake up in the past month: No
Wish to be dead or to not wake up in your lifetime: No
Non-specific active suicidal thoughts in the past month: No
Non-specific active suicidal thoughts in your lifetime: No
Attempted, plan to attempt, or prepared to end life in your lifetime: No
Attempted, plan to attempt, or prepared to end life in the past 3 months: No
Calculated suicide risk level:
No risk

Upper/Lower Extremity

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 10/13/21 | 2203 | HOSSAIN,YASIN, RN | 10/13/21 | 2203 | HOSSAIN,YASIN, RN |

- - EXTREMITY INJURY - -
Mechanism of injury: Fall
Presenting signs/symptoms: Extremity discomfort
Initial onset of signs/symptoms: 2 days ago
Symptoms frequency: Intermittent
Onset of current episode: 2 days ago
Extremity affected: Lower extremity left
Upper extremities equal and strong bilaterally: Yes
Lower extremities equal and strong bilaterally: Yes
Gait, strength, balance: Appropriate
Alert and oriented: Yes
Capillary refill less than or equal to 3 seconds: Yes
Pulses strong and equal bilaterally: Yes
Peripheral edema: None
Is skin warm and dry: Yes
Color within expectations for ethnicity: Yes
Sensation distal to wound/injury: Present
Pulse distal to wound/injury: Present
Movement distal to wound/injury: Limited due to pain

Pain Assessment/Reassessment

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 10/13/21 | 2203 | HOSSAIN,YASIN, RN | 10/13/21 | 2204 | HOSSAIN,YASIN, RN |

- - PAIN ASSESSMENT - -
Document objectives for pain management: Yes
Goal for pain management: No pain-0
Pain scale utilized: Verbal numeric
Pain intensity: 0
Relieving factors for pain: Repositioning
Progress toward pain objective(s) for pain management: Objective(s) met
Pain intervention side effect: None
Deep breath at/below pain mgmt goal: Yes
Turn at/below pain mgmt goal: Yes
Progressive ambulation at/below pain mgmt goal: Yes
Perform ADLs at/below pain mgmt goal: Yes
Numeric pain scale: No pain-0

Physical Findings

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 10/13/21 | 2204 | HOSSAIN,YASIN, RN | 10/13/21 | 2204 | HOSSAIN,YASIN, RN |

- - PHYSICAL FINDINGS - -

Severe Sepsis Screening

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 10/13/21 | 2204 | HOSSAIN,YASIN, RN | 10/13/21 | 2204 | HOSSAIN,YASIN, RN |

- - SEVERE SEPSIS SCREENING - -
Temperature: No
WBC results:
No results past 48 hrs

Patient: LACHE, ETHEL OJONG MRN: 100131529 Encounter: 100977536384

Page 27 of 38

RUN DATE: 10/15/21
RUN TIME: 1515
RUN USER: HPF.FEED

Medical City Arlington EDM
EMERGENCY PATIENT RECORD

PAGE 3

Patient: LACHE,ETHEL OJONG                                          Age/Sex: 58/F                                          Acct No: 100977536384
EDM Provider: Rowell,Jeremy A  MD, 2hcaAsocAf                                                                            Unit No: I00131529

Heart rate: No
Band results:
No results past 48 hrs
Respirations: No
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0

Disposition—DC,TX,ADM,LPT

Occurred                                    Recorded
Date     Time User                          Date     Time User
10/13/21 2326 HOSSAIN,YASIN, RN             10/13/21 2327 HOSSAIN,YASIN, RN

    - - DISPOSITION - -
Patient disposition: Discharge
Disposition Category: Discharged
Chief Complaint: Extremity Injury
Expected outcome of chief complaint: Stabilized/maintained
Actual outcome of chief complaint: Stabilized/maintained
Flowsheet: Yes
Patient email address:
ETHELVICTORY@GMAIL.COM

- DISCHARGE ASSESSMENT - -
Discharge information provided: Instructions/prescription
Discharge instructions given to and verbalized understanding by:
PT
Patient left to: Home
Patient left with: Unaccompanied
Mode patient left: Wheelchair
Patient left via: Public transportation
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

- FLOW SHEET - -

- VITAL SIGNS - -
Temperature F: 98.2
Temperature source: Oral
Pulse: 78
Respiratory rate: 20
Blood pressure: 132/74
Mean arterial pressure: 93
SPO2 %: 98

- HEIGHT AND WEIGHT - -
BMI calculated: 23.3

- ICP MONITORING - -

- OXYGEN THERAPY - -
Oxygen delivery devices: Room air

- PATIENT/FAMILY TEACHING - -
Primary learners preferred spoken language: ENG
Primary learners preferred written language: ENG

## EMERGENCY NOTES

Occurred                          Recorded
Date     Time User                Date     Time User
10/13/21 2327 HOSSAIN,YASIN, RN   10/13/21 2328 HOSSAIN,YASIN, RN
PT REQUESTING UBER TO IRVING, CHARGE NOTIFIED STATED WE CAN'T GIVE A RIDE THAT
FAR. PT TAKEN TO WAITING ROOM, STATED SHE WILL CALL A TAXI.

## MEDICATIONS

Medication
            Sch Date-Time  Ordered Dose  Admin Dose
            Doc Date-Time  Given - Reason           Site        User
            Override Comment
ACETAMINOPHEN 500 MG TAB (TYLENOL EXTRA STRENGTH) PO/X1ED/STA
            10/13/21-2126  500 MG        500 MG
            10/13/21-2157                            HOSSAIN,YASIN    , RN
                           Administering for pain: Yes
                                                              (End)
            Pain details:
            Relieving factors for pain: Repositioning
            Pain scale utilized:: Verbal numeric
            Numeric pain scale:: No pain-0
            Pain intensity:: 0
            Most common side effects reviewed with patient?: Yes
            :: TYLED15008:Nausea, Rash

## DEPARTURE INFORMATION

Primary Impression: Left ankle sprain
Secondary Impressions:
 Fall
 Contusion of left hip
Disposition: 01 ROUTINE HOME/SELF CARE          Departure Date/Time: 10/13/21 - 2315
Comment:
Condition: STABLE

Referrals:
Chambers,Andrew W  MD
515 W Mayfield Rd, Ste 118
Arlington, TX 76015
Phone: 877-314-8990    Fax: 214-947-3686

No Primary or Family Physician

Pt Instructions: ED Fall with Uncertain Cause, ED Hip Contusion, ED Ankle Sprain (Adult)

Departure Forms: Return to work/school

## WITHIN DEFINED PARAMETERS

~~ ASSESSMENT PARAMETERS ~~

These are the definitions of Within Defined Parameters by Body System

RUN DATE: 10/15/21
RUN TIME: 1515
RUN USER: HPF.FEED

Case 3:24-cv-00018-N-BK   Document 16-2   Filed 01/03/24   Page 80 of 93   PageID 88

Medical Drillock Table 3214
EMERGENCY PATIENT RECORD

PAGE 4

Patient: LACHE, ETHEL OONG
Page 28 of 38
Patient: LACHE, ETHEL MRN: I00113I529 Encounter: I009775363B4

Patient: LACHE, ETHEL OONG
EDM Provider: Rowell,Jeremy A  MD, 2BcaAssocAF

Age/Sex: 38/F

Acct No: I0097536384
Unit No: I00113I529

## NEUROLOGICAL
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

## RESPIRATORY
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip
  breathing
- Respirations even & unlabored
- Skin pink & warm to touch

## CIRCULATORY
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

## GASTROINTESTINAL
- Denies GI complaints

## INTEGUMENTARY
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds,
  bruises, petechiae or abrasions

## EENT
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty,
  loss of hearing, or change in
  hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness,
  no cough

## CARDIAC
- No stated calf tenderness
- No history of pacemaker or implanted
  defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis,
  mottling, diaphoresis or flushing of skin

## MUSCULOSKELETAL
- Moves all extremities
- Ambulates independently

## GENITO-URINARY
- Denies GU complaints

## PSYCHOSOCIAL
- With regards to cultural influences:
  mood/affect is appropriate
- Patient demonstrates effective coping
  skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional
Screenings:

## NUTRITIONAL
- No swallowing/chewing impairments
- No nasea and/or vomiting and/or
  diarrhea for 3 or more days
- No reported unintentional weight loss
  > 10 lbs in last 3 months
- No reported decrease in intake > 50%
  of usual in last two weeks

## FUNCTIONAL
- No unexplained alteration in
  movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require
  assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect,
withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver
story changes, Defensive about injuries, Undernourished despite good appetite,
Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not
match event history.

## MEDICATIONS/DISPENSING

### PRESCRIPTIONS/REPORTED MEDS

| Prescriptions/Reported Meds | Type | Issued | Provider | Last Edit |
|---|---|---|---|---|
| Ibuprofen (Motrin) 400 MG TAB | Rx | 10/12/21 | WOREM | 10/12/21 |
| 400 MG ORAL | | | | |
| THREE TIMES DAILY AS NEEDED As Needed for L FOOT PAIN | | | | |
| #20 TAB REF O | | | | |
| Acetaminophen (Tylenol Extra Strength) 500 MG TAB | Rx | 10/13/21 | ROPTY | 10/13/21 |
| 500 MG ORAL EVERY 6 HOURS AS NEEDED As Needed for pain | | | | |
| #15 TAB REF O | | | | |

### MEDS ADMINISTERED IN THE ED

Medication
          Sch Date-Time  Ordered Dose  Admin Dose
          Doc Date-Time  Given - Reason              Site      User
          Override Comment
ACETAMINOPHEN 500 MG TAB (TYLENOL EXTRA STRENGTH) PO/X1ED/STA
          10/13/21-2126 : 500 MG          500 MG
          10/13/21-2157  Y                          HOSSAIN,YASIN    PM
                    Administering for pain: Yes
                                                    (End)
          Pain details:
          Relieving factors for pain: Repositioning
              Pain scale utilized:: Verbal numeric
              Numeric pain scale:: No pain-0
              Pain intensity::  O
              Most common side effects reviewed with patient?: Yes
              :: TYLEOT5008:Nausea, Rash

### PHYSICALLY LEAVES/UTILIZING

Physically Leaves Date: 10/13/21
Physically Leaves Time: 2315

### REFERRAL

Referral Provier #: 1
    Provier name: Chambers,Andrew W  MD
        Specialty: Orthopaedic Surgery
      Group Name: Texas Bone and Joint
        Address: 515 W Mayfield Rd, Ste 118
                 Arlington              TX 76015
          Phone: 877-314-8990

Date/Time of Appt: _____

Referral Provier #: 2
    Provier name: No Primary or Family Physician
        Specialty: OTHER SPECIALTY
      Group Name:
        Address:

          Phone:

Patient: LACHE, ETHEL MRN: I001131529 Encounter: I00977536384

Page 29 of 38

RUN DATE: 10/15/21
RUN TIME: 1515
RUN USER: HPF.FEED

Medical City Arlington  EDM
EMERGENCY PATIENT RECORD

PAGE 5

Patient: LACHE,ETHEL OJONG
EDM Provider: Rowell,Jeremy A  MD, 2hcaAsocAf

Age/Sex: 38/F

Acct No: I00977536384
Unit No: I001131529

Date/Time of Appt: _____

Return to work/school

Departure Forms: Return to work/school

```
RUN DATE: 10/15/21                          MEDITECH FACILITY: COCAR                                  PAGE 1
RUN TIME: 0101                              IDEV - Discharge Report
RUN USER: 1CSFRE9011
```

```
PATIENT:   LACHE,ETHEL OJONG              A/S: 38 F        ADMIT:      10/13/21
ACCOUNT NO: I00977536384·                 LOC: I.ERN       DISCH/DEP: 10/13/21
                                          RM:              STATUS:    ER
ATTEND DR: Rowell,Jeremy A  MD            BD:              UNIT NO:   I001131529
REPORT STATUS: FINAL
```

Order Date: 10/13/21                         ──Service──
Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
MED.COCAR  MEDICATION ORDER          20211013-3130 10/13/21 2126 S      E          CMP      ROPTY
Other Provider :          Sig Lvl Provider :
RX: 16575308                              Start: 10/13/21  2126      STA CMP
                                          Stop: 10/13/21   2127
Renewal Data - Prompt: 72  Period: 30  Renew Stop: 0  Next Period:
    Acetaminophen  Tab (Tylenol  Tab)
    Dose: 500 MG
    Route: PO                         Direction: X1ED

  Order's Audit Trail of Events

1    10/13/21 2126 NPHY.TR     Order ENTER in EDM/POM
2    10/13/21 2126 NPHY.TR     Ordering Doctor: Roper,Tyler M  PA
3    10/13/21 2126 NPHY.TR     Order Source: EPOM
4    10/13/21 2126 NPHY.TR     Signed by Roper,Tyler M  PA
5    10/13/21 2127 SCHEDULER   DISCONTINUE in PHA
6    10/13/21 2157 CEDC.YH     order acknowledged

           Electronically signed by Roper,Tyler M  PA on 10/13/21 at 2126


Order Date: 10/13/21                         ──Service──
Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
RAD        RAD HIP W PEL 2-3 VIEW LT 20211013-0297 10/13/21 2135 S      E          CNC      ROPTY
Other Provider :          Sig Lvl Provider :
  Order
  Details Below
  URN:                          BA78828
  Reason for Exam:              pain fall
  Comments:

  Order's Audit Trail of Events

1    10/13/21 2135 NPHY.TR      Order ENTER in EDM/POM
2    10/13/21 2135 NPHY.TR      Ordering Doctor: Roper,Tyler M  PA
3    10/13/21 2135 NPHY.TR      Order Source: EPOM
4    10/13/21 2135 NPHY.TR      Signed by Roper,Tyler M  PA
5    10/13/21 2136 interface    order's status changed from TRANS to LOGGED by RAD
6    10/13/21 2215 NPHY.TR      Order DC in EDM/POM
7    10/13/21 2215 NPHY.TR      Ordering Doctor: Roper,Tyler M  PA
8    10/13/21 2215 NPHY.TR      Order Source: EPOM
9    10/13/21 2215 NPHY.TR      order cancel requested
10   10/13/21 2215 NPHY.TR      Signed by Roper,Tyler M  PA
11   10/13/21 2216 interface    order's status changed from LOGGED to CANCEL by RAD
  Cancel request comment: MD Cancelled
  Cancel comment: MD Cancelled

           Electronically signed by Roper,Tyler M  PA on 10/13/21 at 2216


                        PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 10/15/21                      MEDITECH FACILITY: COCAR                              PAGE 2
RUN TIME: 0101                          IDEV - Discharge Report
RUN USER: 1CSFRE9011
```

```
PATIENT:   LACHE,ETHEL OJONG                    A/S: 39 F        ADMIT:      10/13/21
ACCOUNT NO: I00977536384                        LOC: I.ERN      DISCH/DEP: 10/13/21
                                                RM:             STATUS:    ER
ATTEND DR: Rowell,Jeremy A  MD                  BD:             UNIT NO:   I001131529
REPORT STATUS: FINAL
```

```
Order Date: 10/13/21                                    ——Service——
  Category   Procedure Name                  Order Number  Date    Time Pri Qty Ord Source Status    Ordered By
  ED.PHYS    POC HCG FE < 50YR W/ UTERUS ED  20211013-0385 10/13/21 2135 S       E             TRN    ROPTY
  Other Provider :            Sig Lvl Provider :
  .
```

Order's Audit Trail of Events

```
1    10/13/21 2135 NPHY.TR     Order ENTER in EDM/POM
2    10/13/21 2135 NPHY.TR     Ordering Doctor: Roper,Tyler M  PA
3    10/13/21 2135 NPHY.TR     Order Source: EPOM
4    10/13/21 2135 NPHY.TR     Signed by Roper,Tyler M  PA
```

Electronically signed by Roper,Tyler M  PA on 10/13/21 at 2135

```
Order Date: 10/13/21                                    ——Service——
  Category   Procedure Name                  Order Number  Date    Time Pri Qty Ord Source Status    Ordered By
  RAD        RAD ANKLE, PORT COMPLETE-LT     20211013-0307 10/13/21 2200 S       E             CMP    ROPTY
  Other Provider :            Sig Lvl Provider :
  Order
  Details Below
  URN:                        BA78828
  Reason for Exam:            pain swelling
  Comments:                   m
```

Order's Audit Trail of Events

```
1    10/13/21 2202 NPHY.TR       Order ENTER in EDM/POM
2    10/13/21 2202 NPHY.TR       Ordering Doctor: Roper,Tyler M  PA
3    10/13/21 2202 NPHY.TR       Order Source: EPOM
4    10/13/21 2202 NPHY.TR       Signed by Roper,Tyler M  PA
5    10/13/21 2203 interface     order's status changed from TRANS to LOGGED by RAD
6    10/13/21 2210 interface     order's status changed from LOGGED to IN PRO by RAD
7    10/13/21 2210 interface     order service time edited: old value - 2202
8    10/13/21 2220 interface     order's status changed from IN PRO to COMP by RAD
```

Electronically signed by Roper,Tyler M  PA on 10/13/21 at 2202

** IDEV END OF REPORT **

PERMANENT MEDICAL RECORD COPY

MEDICAL CITY ARLINGTON                      Name: LACHE, ETHEL OJONG
3301 MATLOCK ROAD                           Phys: Roper, Tyler M  PA
ARLINGTON, TX    76015                      DOB: 05/26/1983    Age: 38      Sex: F
                                            Acct: I00977536384  Loc: I.ERN
PHONE #: 682-509-2500                       Exam Date: 10/13/2021 Status: REG ER
  FAX #: 469-713-8222                       Radiology No:
                                            Unit No: I001131529


     EXAMS:                                           CPT CODE:
002690272 ANKLE, PORTABLE COMPLETE-LT                73610

        History: trauma,  GLF LEFT HIP PAIN

     Prior exam:None

     Technique:  - ANKLE, PORTABLE COMPLETE-LT RAD was obtained.

     Findings:

     The ankle mortise is well maintained.  Bones are intact with no
     fracture visualized.  Soft tissues are within normal limits.

        Impression:

        1.  No fracture or dislocation seen.

     RLC 3301

     Ordering physician: Tyler M Roper
     _____

     Electronically signed by: Dr. MIGUEL A. REYES, MD
     Date:    10/13/21
     Time:    22:19

** Electronically Signed by MIGUEL A REYES MD on 10/13/2021 at 2219 **
               Reported and signed by: MIGUEL A REYES MD




CC: No Primary or Family Physician; Tyler M Roper PA;
    Jeremy A Rowell MD
Dictated Date/Time: 10/13/2021 (2219)

Technologist: GREYSON BRANCH R.T.(R)(ARRT); ...
Transcribed Date/Time: 10/13/2021 (2219)
Transcriptionist: I.PHY.MAR1
Electronic Signature Date/Time: 10/13/2021 (2219)
Printed Date/Time: 10/13/2021 (2220) BATCH NO: N/A

PAGE  1                    Signed Report

Patient: LACHE, ETHEL MRN: I001131529 Encounter: I00977536384

```
10/14/21 0138                                                    MEDICATION DISCHARGE SUMMARY                                                    PAGE: 1

NAME: LACHE,ETHEL OJONG              ADMIT DATE:                              AGE: 38
UNIT #: I001131529                   DISCHARGE DATE:                         SEX: F
ACCT #: I00977536384                 STATUS: DEP ER
CODED ALLERGIES    No Known Allergies
CODED ADRs         PATIENT ADR NOT ENTERED
UNCODED ALLERGIES
UNCODED ADRs       PATIENT ADR NOT ENTERED
```

| ADMINISTRATION PERIOD: 0700 10/13/21 to 0700 10/14/21 | START/ STOP | |
|---|---|---|
| TYLENOL EXTRA STRENGTH (ACETAMINOPHEN 500 MG TAB) 500 MG PO ONCE IN ED/STA Comments: TYLENOL MAX DOSE = 4 GM/24 HR This pain medication may be administered for a level of pain higher than the ordered pain scale if both of the following apply: 1. The patient has an order for the pain score being treated, AND 2. The patient prefers the medication from the lower scale. RX #: 16575308 | 10/13/21 10/13/21 | 2126 CEDC.YH at 2157 GAVE: 500 MG NDC/DIN: (SOURCE: eMAR) 0904673061          TYLEOT5008 - Acetaminophen 500 MG Tab Administering for pain: Yes (End) Pain details: Relieving factors for pain: Repositioning Pain scale utilized:: Verbal numeric Numeric pain scale:: No pain-0 Pain intensity::   0 Most common side effects reviewed with patient?: Yes :: TYLEOT5008:Nausea, Rash 10/13/21-2157 File Document by CEDC.YH 2126 Order Entry NPHY.TR 2127 Pharmacy Discontinue SCHEDULER 2157 Nursing Acknowledged Order  CEDC.YH |

*** CONTINUED ON PAGE 2 ***
This document is part of the legal medical record.

Patient: LACHE, ETHEL MRN: I001131529 Encounter: I00977536384

Page 34 of 38

| 10/14/21 0138 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 2 |
|---|---|---|---|---|
| NAME: LACHE,ETHEL OJONG | | UNIT #: I001131529 | ACCT #: I00977536384 | |

## LEGENDS

REASON CODES                                                    SITE CODES

### ELECTRONICALLY SIGNED BY

| USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE |
|---|---|---|---|---|---|---|---|
| CEDC.YH | HOSSAIN.YASIN RN | | | | | | |

### OTHER USERS

| USER | USER NAME | USER | USER NAME | USER | USER NAME | USER | USER NAME |
|---|---|---|---|---|---|---|---|
| NPHY.TR | Roper.Tyler M | | | | | | |

### PHA ALLERGY HISTORY

| DATE | PHA | USER | ALLERGY DETAILS | |
|---|---|---|---|---|
| 04/03/17 0136 | N | BACON.LH - HERNANDEZ.LUIS* | ADDED<br>No Known Allergies<br>OLD:<br>NEW: No Known Allergies added. | by BACON.LH |
| 04/03/17 1618 | N | HNUR.RW3 - WELLS.R* | FILED<br>TEXT:<br>User filed without changing allergy record. | by HNUR.RW3 |
| 04/03/17 2035 | N | BACON.JS1 - SKEMP.JENNIFER | FILED<br>TEXT:<br>User filed without changing allergy record. | by BACON.JS1 |
| 04/05/17 0843 | N | BA.PHY.AA1 - AKINTOLA.AKINWANDE * | FILED<br>TEXT:<br>User filed without changing allergy record. | by BA.PHY.AA1 |
| 04/07/17 0102 | N | H.ER.RFM1 - MORGAN.ROBIN F* | FILED<br>TEXT:<br>User filed without changing allergy record. | by H.ER.RFM1 |
| 04/07/17 0426 | N | BACON.LH - HERNANDEZ.LUIS* | FILED<br>TEXT:<br>User filed without changing allergy record. | by BACON.LH |
| 07/06/19 0948 | N | HER.MB1 - BEBOUT.MELANIE* | FILED<br>TEXT:<br>User filed without changing allergy record. | by HER.MB1 |
| 07/06/19 1429 | N | BANUR.RW2 - WURSTER.RACHEL | FILED<br>TEXT:<br>User filed without changing allergy record. | by BANUR.RW2 |

*** CONTINUED ON PAGE 3 ***
This document is part of the legal medical record.

Patient: LACHE, ETHEL, MRN: I001131529 Encounter: I00977536384

Page 35 of 38

| 10/14/21 0138 | | | MEDICATION DISCHARGE SUMMARY | | PAGE: 3 |
|---|---|---|---|---|---|

NAME: LACHE,ETHEL OJONG                    UNIT #: I001131529                              ACCT #: I00977536384

09/23/19 0712  N    H.HSA8700 - SMITH-CORLETTE,MARCI  FILED                          by H.HSA8700

TEXT:
User filed without changing allergy record.
09/27/19 0200  N    H.OIK6261 - JIMENEZ,JOHANNALYN    FILED                          by H.OIK6261

TEXT:
User filed without changing allergy record.
07/21/20 1504  N    E.CEQ6268 - KEITH,ABIGAIL E       FILED                          by E.CEQ6268

TEXT:
User filed without changing allergy record.
07/22/20 1457  N    EET.JMT - THOMPSON,JESSICA M      FILED                          by EET.JMT

TEXT:
User filed without changing allergy record.
07/29/20 0850  N    EET.JMT - THOMPSON,JESSICA M      FILED                          by EET.JMT

TEXT:
User filed without changing allergy record.
09/26/20 2246  N    AF.NPU6771 - BAIR,COREY           EDITED                         by AF.NPU6771

OLD:
NEW: Allergy List Confirmed: Date: 09/26/20 - Time: 2246
TEXT:
List Confirmed:
No Known Allergies
10/06/20 2026  N    H.IZL6505 - CUMBIE,LINDSEY         FILED                          by H.IZL6505

TEXT:
User filed without changing allergy record.
10/09/20 0036  N    H.DSO6373 - ROBERTSON,TANNER      FILED                          by H.DSO6373

TEXT:
User filed without changing allergy record.
10/20/20 2059  N    E.QEM5939 - ROY,RAVEN             EDITED                         by E.QEM5939

OLD:
NEW: Acct# E00995939796 was switched from another medical record.
                                             EDITED                         by E.QEM5939

OLD:
NEW: Another medical record was merged into this record.
10/20/20 2100  N    E.QEM5939 - ROY,RAVEN             FILED                          by E.QEM5939

TEXT:
User filed without changing allergy record.
10/29/20 1525  N    Q.KNA7745 - JAMES,ALLEE N         FILED                          by Q.KNA7745

TEXT:
User filed without changing allergy record.
11/02/20 0753  N    E.HVU6584 - STEVENS,EVA           EDITED                         by E.HVU6584

*** CONTINUED ON PAGE 4 ***
This document is part of the legal medical record.

Patient: LACHE, ETHEL MRN: I001131529 Encounter: I00977536384

| 10/14/21 0138 | | MEDICATION DISCHARGE SUMMARY | PAGE: 4 |
|---|---|---|---|

NAME: LACHE,ETHEL OJONG                    UNIT #: I001131529                    ACCT #: I00977536384

```
                                        OLD:
                                        NEW: Acct# E00995997813 was switched from another medical record.
                                        EDITED                      by E.HVU6584

                                        OLD:
                                        NEW: Another medical record was merged into this record.
11/02/20 0754  N   E.HVU6584 - STEVENS.EVA      FILED                      by E.HVU6584

                                        TEXT:
                                        User filed without changing allergy record.
11/11/20 0000  N   E.JYA7879 - TOODLE.RACHEL E  FILED                      by E.JYA7879

                                        TEXT:
                                        User filed without changing allergy record.
11/11/20 2359  N   E.JYA7879 - TOODLE.RACHEL E  EDITED                     by E.JYA7879

                                        OLD:
                                        NEW: Acct# E00996050034 was switched from another medical record.
                                        EDITED                      by E.JYA7879

                                        OLD:
                                        NEW: Another medical record was merged into this record.
12/10/20 2121  N   Q.INZ8760 - CASEY.AMBER O    EDITED                     by Q.INZ8760

                                        OLD:
                                        NEW: Acct# Q00051579685 was switched from another medical record.
                                        EDITED                      by Q.INZ8760

                                        OLD:
                                        NEW: Another medical record was merged into this record.
12/10/20 2126  N   Q.EPT7901 - MIEROW.NICOLE    FILED                      by Q.EPT7901

                                        TEXT:
                                        User filed without changing allergy record.
12/11/20 0430  N   E.PKU6932 - RIVERA.MADELINE M EDITED                    by E.PKU6932

                                        OLD:
                                        NEW: Acct# E00996191765 was switched from another medical record.
                                        EDITED                      by E.PKU6932

                                        OLD:
                                        NEW: Another medical record was merged into this record.
12/11/20 0431  N   E.PKU6932 - RIVERA.MADELINE M FILED                     by E.PKU6932

                                        TEXT:
                                        User filed without changing allergy record.
02/23/21 1932  N   G.PFX1792 - PERSAUD.SUNIL    FILED                      by G.PFX1792

                                        TEXT:
                                        User filed without changing allergy record.
02/24/21 2331  N   Q.QPP6583 - CONTRERAS.KRISTEN N* FILED                  by Q.QPP6583

                                        TEXT:
```

*** CONTINUED ON PAGE 5 ***
This document is part of the legal medical record.

Patient: LACHE, ETHEL MRN: I001131529 Encounter: I00977536384

| 10/14/21 0138 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 5 |
|---|---|---|---|---|

| NAME: LACHE, ETHEL OJONG | UNIT #: I001131529 | ACCT #: I00977536384 |
|---|---|---|

| 02/25/21 0349 N | QER.JP - PURDOM,JENNIFER | User filed without changing allergy record.<br>FILED                              by QER.JP |
|---|---|---|
| 02/25/21 2140 N | Q.QPO7853 - SARCEDA,FLORANTE* | TEXT:<br>User filed without changing allergy record.<br>FILED                              by Q.QPO7853 |
| 05/22/21 0038 N | AASMC43 - CUMMINGS,MARKEDA* | TEXT:<br>User filed without changing allergy record.<br>FILED                              by AASMC43 |
| 06/17/21 2137 N | Q.GAL5671 - ST CLAIR,LINDSAY | TEXT:<br>User filed without changing allergy record.<br>FILED                              by Q.GAL5671 |
| 10/12/21 1855 N | AFGCI6252 - ANGLETON,LACY N | TEXT:<br>User filed without changing allergy record.<br>FILED                              by AFGCI6252 |
| 10/13/21 2124 N | I.FNI7275 - PRIEST,NORMAN | TEXT:<br>User filed without changing allergy record.<br>EDITED                             by I.FNI7275 |
| | | OLD:<br>NEW: Acct# I00977536384 was switched from another medical record.<br>EDITED                             by I.FNI7275 |
| 10/13/21 2139 N | AASAF26 - FINLEY,ASHLEY | OLD:<br>NEW: Another medical record was merged into this record.<br>FILED                              by AASAF26 |
| | | TEXT:<br>User filed without changing allergy record. |

Medical City Arlington
3301 MATLOCK ROAD
ARLINGTON, TX 76015

Patient Name: LACHE,ETHEL OJONG
Unit Number: I001131529
Account Number: I00977536384

## Patient Signature Page

**Patient Name: LACHE,ETHEL OJONG**

**Date of Birth: 05/26/1983**

**Guardian Name:**

The above-named patient and/or guardian has received the following:

Patient Visit Report
Patient Instructions:
   Ankle Sprain (Adult)
   Fall with Uncertain Cause
   Hip Bruise
Forms:
   Return to work/school
Prescriptions

Please make sure you have read through this information before signing.

I have read and understand the instructions given to me by my caregivers.

ETHEL OJONG LACHE

_____
Print Patient Name

_____    _____    _____
Patient (or Guardian) Signature              Date        Time

_____    _____    _____
Caregiver/RN/Doctor Signature              Date        Time

# EXHIBIT 10

**Exhibit 10**



**Margaret M. Knott**
mknott@peavlerbriscoe.com

December 7, 2023

**Via E-Service:**
Hazim Mandavia
AMS Law Group, PLLC
811 S. Central Expwy., Suite 600
Dallas, Texas 75080

> Re:    Cause No. CC-23-06434-D; *Ethel Ojong Lache v. Kroger Texas, L.P.,* in the County
>        Court at Law No. 4, Dallas, County, Texas

Dear Counsel:

Because we are attempting to ascertain the real amount in controversy, we request that Plaintiff stipulate that she: (1) will not amend her petition to seek $75,000 or more in monetary damages; and (2) hereby agrees to a remittitur of damages to $74,999, in the event a jury were to award, and the Court were to enter judgment for, damages in excess of $75,000, exclusive of costs and interest.

We believe Plaintiff intended to keep this matter in state court, as evidenced by her allegation in paragraph 1 of Plaintiff's Original Petition that, "Pursuant to Rule 190.2 of the Texas Rules of Civil Procedure, Plaintiff's causes of action herein involve less than $75,000.00, therefore, discovery is to be conducted under Discovery Level 1"; and in paragraph 4 of Plaintiff's Original Petition that, "Plaintiff seeks monetary relief under $75,000.00". However, Plaintiff's Responses to Defendant's Kroger Texas L.P.'s Required Disclosures, Request for Disclosure R. 194.2(b)(4) state:

> "Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future: $35,000.00
>
> Physical pain and suffering in the past: $35,000.00
>
> Physical pain and suffering in the future: $35,000.00
>
> Mental anguish in the past: $35,000.00
>
> Mental anguish in the future: $35,000.00"



Page 2

Accordingly, because actual damages associated with the above referenced matters could reasonably exceed $75,000, exclusive of costs and interest, we respectfully request you stipulate to the above.

Please sign below and return this stipulation if Plaintiff will so stipulate. If we do not hear back from you within a reasonable period of time, but in no event later than ***December 18, 2023, at 5:00 p.m.***, we will assume that Plaintiff refuses to stipulate. Please be advised that case law within the Fifth Circuit supports the argument that a refusal to stipulate that a plaintiff will not amend her petition or otherwise limit her recovery to $75,000, exclusive of interest and costs, will establish by a preponderance of the evidence that the plaintiff's claim is removable under 28 U.S.C. §§ 1332, 1441 and 1446. Moreover, if Plaintiff fails and refuses to enter this stipulation, we intend to use such failure and refusal to establish that the amount in controversy actually exceeds $75,000, exclusive of interest and costs.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Margaret M. Knott

**SO STIPULATED:**

_____
Hazim Mandavia
**Attorney for Plaintiff**