IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ETHEL OJONG LACHE, § | |
| PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 3:24-CV-18-N-BK |
| § | |
| KROGER TEXAS, L.P., § | |
| DEFENDANT. § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that *Defendant's Motion for Summary Judgment*, Doc. 15, is **GRANTED**, Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

**SIGNED** this 29th day of April, 2025.

_____
David C. Godbey
Chief District Judge